**AVAILABILITY-TO-SERVE QUESTIONNAIRE**

Prospective jurors will report to the Federal Courthouse in Honolulu during the week of July 10, 2023 to fill out a more detailed juror questionnaire.  You may then be called back on August 29 or August 30, 2023 to participate further in a jury selection process, which runs from 7:30am to 4:30pm on those days.

If selected as a juror, the trial itself will begin approximately August 31, 2023 and is estimated to last up to two months, that is, until the of end October, 2023.

Once trial begins, the court's schedule for the trial will be as follows:

- Monday through Friday of each week from 8:30 a.m. to 2:30 p.m., with a morning and lunch break.

- The Court will not be in session on any federal holiday.

The Court requires that you answer the following question relating to your availability to serve as a juror in this case:

**Based on the above information, are you available to serve as a juror beginning approximately August 29, 2023 and lasting until approximately the end of October 2023?**  (Check "yes" or "no" below).

❏ **YES**

OR

❏ **NO**

*If you answered NO, you MUST complete the question on the reverse side of this form.  If you answered YES, you will receive further instructions regarding reporting requirements for the week of July 10, 2023.*

Occupation: _____

I hereby declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

*- Read the Reverse Side -*

**Return this questionnaire postmarked no later than _____**

If you answered "No" (that you are not available to serve), please explain in detail below why you cannot serve as a juror in this case. If you need additional space, include a separate piece of paper. Please Note:

- If you have existing travel plans, you <u>must</u> provide your exact dates of travel and a copy of your travel itinerary.

- If serving as a juror would impose a financial hardship, you <u>must</u> provide documentation of your employer's policy concerning pay while on jury service. Please note that hardship to your employer is NOT a basis for answering "no." If you are self-employed, please explain why you cannot temporarily adjust your schedule.

- If you claim that child or elder care responsibilities for a family member prevents you from serving as a juror, you <u>must</u> indicate the age(s) of your family member and whether there is another person available to handle this duty in your place.

- If you are a student, you <u>must</u> provide proof of school registration.

- If you claim medical disability, or that you cannot serve due to COVID concerns, you <u>must</u> (1) state the specific nature of the disability and/or COVID restriction and why you believe it prevents you from serving, and (2) provide any available documentation (e.g., a note from your doctor).

_____

_____

_____

_____

_____

_____

**Return this questionnaire postmarked no later than _____**