IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00048-JMS-WRP |
| Plaintiff, | ) ) | |
| v. | ) ) | CRIMINAL SCHEDULING ORDER |
| KEITH MITSUYOSHI KANESHIRO (1), DENNIS KUNIYUKI MITSUNAGA (2), TERRI ANN OTANI (3), AARON SHUNICHI FUJII (4), CHAD MICHAEL MCDONALD (5), SHERI JEAN TANAKA (6), | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CRIMINAL SCHEDULING ORDER

The follow scheduling order applies in this matter:

### A.   Trial and Pretrial Conference

1.   Jury selection and trial will begin on **February 27, 2024, at 9:00 a.m.** before United States District Judge J. Michael Seabright in Aha Kaulike.

2.   A pretrial conference is set for **January 9, 2024 at 10:00 a.m.** before Judge Seabright.  A Joint Trial Presentation Statement is due seven days prior pursuant to Local Rule 2.3(b).

### B.   Motions, Other Than Motions in Limine

3.   Motions, other than motions in limine, as previously set by the court.

C.      **Notice of Rule 404(b) Evidence**

4.      The government shall file a written notice of its intent to use evidence pursuant to Federal Rule of Evidence 404(b) by **January 16, 2024**.

D.      **Motions in Limine**

5.      Motions in Limine are due **January 22, 2024**.

6.      Responses to Motions in Limine are due **February 2, 2024**.

7.      No replies are to be filed absent court approval.

E.      **Voir Dire, Trial Briefs, Concise Statement of the Case, Trial Participant List, Witness List, Exhibit List/Copies of Exhibits, Stipulations**

8.      Proposed voir dire questions are due **February 13, 2024**.

9.      Trial briefs are due **February 13, 2024**.

10.     The parties shall confer in advance of trial for the purpose of preparing an agreed upon Concise Statement of the Case that may be read to the jury during voir dire.  The Concise Statement is due **February 20, 2024**.

11.     During jury selection, the court will provide to each member of the jury pool a joint Trial Participant List of anyone who may appear before the jury at trial, to include attorneys, paralegals, agents, investigators, and potential witnesses. This joint Trial Participant List is to be sent to Judge Seabright's orders inbox by **February 23, 2024**.

12.     The parties shall exchange exhibits and demonstrative aids by **February 23, 2024**.

2

13.     Witness and Exhibit lists are due **February 20, 2024**.

14.     Digital exhibits are to be submitted to the Courtroom Manager by **February 20, 2024**.

15.     Trial exhibits shall be tabbed, clearly marked as either the government's or defendant's exhibits, and placed in three-ring binders no wider than 2 ¾ inches.  The original trial exhibits (for witness use) and one copy are to be submitted to the Courtroom Manager by **February 20, 2024**.

16.     The parties are encouraged to meet and confer and file stipulations, including stipulations to the authenticity/admissibility of proposed exhibits, by **January 30, 2024**.

**F.     Jury Instructions**

17.     The parties shall file jointly agreed upon and separately proposed jury instructions, and objections to the instructions proposed by the other party, in accordance with process and timelines set forth in the court's Civil Local Rule 51.1, at https://www.hid.uscourts.gov/rules/local-rules.

//

//

//

//

//

//

This Order may not be modified absent court approval.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, August 30, 2023.



/s/ J. Michael Seabright

J. Michael Seabright
United States District Judge

*UNITED STATES OF AMERICA v. KEITH MITSUYOSHI KANESHIRO (1), DENNIS KUNIYUKI MITSUNAGA (2), TERRI ANN OTANI (3), AARON SHUNICHI FUJII (4), CHAD MICHAEL MCDONALD (5), SHERI JEAN TANAKA (6)*, Crim. No. 22-00048-JMS-WRP, Criminal Scheduling Order