MERRICK B. GARLAND
Attorney General
ANDREW R. HADEN
Acting United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW Y. CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
Michael.Wheat@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>          v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>                     Defendants. | CR No. 22-00048-JMS-WRP<br><br>ORDER |

Having reviewed the *ex parte* application for *in camera* review of grand jury material submitted by the United States in this case, ECF No. 265, and considered

the request and exhibits submitted in support of the application, and good cause appearing, the Court makes the following findings, conclusions, and orders.

1. The Court grants the United States' *ex parte* application for *in camera review* of grand jury material submitted by the United States in Gov. Exhibits 1 through 8.

2. Having reviewed and considered the exhibits submitted *in camera*, the Court orders the United States to produce Gov. Exhibits 1, 4, and 5 to the defendants in this case in compliance with the Court's order on August 29, 2023.

3. The Court orders that the United States' *ex parte* application and Gov. Exhibits 2, 3, 6, 7, and 8 shall remained under seal as these items contain grand jury material that is not subject to the Court's order on August 29, 2023.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 12, 2023



    /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*United States v. Kaneshiro et al.*, Crim. No. 22-00048 JMS-WRP (2), Order