MERRICK B. GARLAND
Attorney General
TARA K. MCGRATH
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW Y. CHIANG, NYBN 4765012
Special Attorneys to the Attorney General
United States Department of Justice
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/6695/8817/9144/8756
michael.wheat@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>  v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>                  Defendants. | Case No. CR 22-0048-JMS-WRP<br><br>JOINT STATEMENT REGARDING AGREED-UPON JUROR STRIKES FROM TRANSMISSIONS 1 |

## JOINT STATEMENT REGARDING AGREED-UPON JUROR STRIKES FROM TRANSMISSION 1

In the Court's Scheduling Order, ECF No. 263, the Court ordered the United

States to file, after conferring with Defense counsel, a joint statement of agreed-upon

jurors to be stricken from Transmissions 1. The United States hereby submits the following joint list:

| Juror Number | Brief Explanation/Reason |
| --- | --- |
| 100423837 | Hardship/Student |
| 100411337 | Hardship/Student |
| 100378231 | Financial Hardship |
| 100416553 | Childcare |
| 100382039 | Childcare |
| 100424149 | Caregiver |
| 100385681 | New at job. Traveling for training. |
| 100374714 | Caregiver |
| 100382705 | Financial hardship |
| 100403112 | Teaching in Nebraska Jan-May 2024 |
| 100421178 | Homeschooled child |
| 100422408 | Caregiver |
| 100386697 | Travel |
| 100422749 | Financial hardship |
| 100388518 | Caregiver |
| 100386013 | Financial hardship and young children |
| 100395510 | Financial hardship |
| 100396659 | Social worker |
| 100408863 | Financial Hardship |
| 100383168 | M.D. / unable to adjust schedule |

| | |
|---|---|
| 100400267 | Medical |
| 100412186 | Caregiver |
| 100417121 | M.D. |
| 100419995 | Maui fire clean up |
| 100415558 | Travel |
| 100384419 | Financial Hardship and no coverage at work |
| 100395058 | Financial Hardship |
| 100390317 | Financial Hardship |
| 100417005 | Financial Hardship and childcare |
| 100390120 | Teacher shortage |
| 100405343 | Hardship on employer |
| 100400777 | Financial Hardship |
| 100402010 | Financial Hardship |
| 100420505 | Childcare |
| 100421741 | Caregiver |
| 100384084 | Financial Hardship |
| 100409840 | Financial Hardship |
| 100411070 | Financial Hardship |
| 100411483 | Caregiver |
| 100381962 | Childcare |
| 100422440 | Financial Hardship |
| 100384845 | Childcare |
| 100385257 | Hardship on employer |
| 100416842 | Childcare |

3

| | |
|---|---|
| 100423007 | Can't sit for a long period of time |
| 100374819 | Caretaker |
| 100382868 | Financial Hardship |
| 100376248 | Hardship on employer |
| 100404086 | Medical employee |
| 100387956 | Financial Hardship |
| 100423050 | Financial Hardship |
| 100402412 | Childcare |
| 100400438 | Financial Hardship |
| 100399143 | Childcare |
| 100400786 | Financial Hardship |
| 100383113 | Childcare |
| 100407382 | Medical |
| 100417751 | Childcare |
| 100382444 | Scheduling conflict |
| 100391599 | Childcare |
| 100397728 | Childcare |
| 100399598 | Childcare |
| 100401561 | Financial Hardship |
| 100413583 | Financial Hardship |
| 100398651 | medical worker |
| 100412552 | Financial Hardship |
| 100385893 | Childcare |
| 100380722 | Student |

| | |
|---|---|
| 100377480 | Financial Hardship |
| 100387446 | Childcare |
| 100408292 | Travel plans and health concerns |
| 100379141 | Travel plans |
| 100392721 | Medical |
| 100379743 | Financial Hardship |
| 100415783 | Travel plans |
| 100417885 | Financial Hardship |
| 100400105 | Medical |
| 100378015 | Financial Hardship |
| 100388780 | Childcare |
| 100402550 | Age / 75+ |
| 100378353 | Childcare |
| 100390714 | Work Event early April |
| 100411955 | Childcare /COVID concerns |
| 100389845 | Asking for service to be postponed |
| 100395188 | Childcare |
| 100399753 | Self-employed / scheduling conflict |
| 100400551 | Caregiver |
| 100414074 | Student |
| 100374637 | Childcare |
| 100396392 | Small business owner/ Financial Hardship |
| 100391158 | Lost home in Lahaina fires.  Currently living in shelter |
| 100406896 | Caregiver |

| | |
|---|---|
| 100398498 | Hardship on hospital and patients |
| 100417405 | Scheduling conflict and financial hardship |
| 100387342 | RN / In training |
| 100383350 | Medical Issue |
| 100408006 | Critical Member of IT team |
| 100400180 | Travel plans |
| 100423234 | RN /Caring for mother / hospice |
| 100399428 | M.D. / unable to adjust schedule |
| 100422758 | Small business owner / Financial Hardship |
| 10040091 | Medical issue |
| 100377162 | Childcare |
| 100417045 | Medical Issue |
| 100419100 | Small business owner /Financial Hardship |
| 100400621 | Language issue |
| 100421158 | Scheduling conflict and feeds cats in Wailea |
| 100375942 | Medical Issue |
| 100397760 | Self-employed Financial Hardship |
| 100400666 | Attorney / Hardship to clients |
| 100378309 | Small business owner /Financial Hardship |
| 100386260 | Financial Hardship and cares for mother |
| 100404355 | Homecare operator |
| 100413015 | Self-employed, no coverage |
| 100391440 | Caring for father with dementia |
| 100392454 | Financial Hardship |

6

| | |
|---|---|
| 100413033 | Financial Hardship |
| 100407253 | Caring for elderly mother |
| 100416996 | Back problems; Travel Plans March 16-March 20 |
| 100382484 | Travel plans |
| 100405651 | Childcare |
| 100415838 | Sick father in Florida |
| 100410402 | Childcare |
| 100383808 | Travel |
| 100390813 | Self employed |
| 100377980 | Caregiver |
| 100410986 | Caregiver |
| 100420264 | Caregiver |
| 100420493 | Self-employed |
| 100391022 | Childcare |
| 100381499 | Caregiver |
| 100387203 | Emergency Worker |
| 100420007 | Childcare |
| 100412791 | Travel |
| 100404999 | Moving out of area end of 2023 |
| 100385604 | Self-employed |
| 100395152 | Self-employed |
| 100384881 | Financial Hardship |
| 100423374 | Only painter for the company |
| 100377719 | Financial Hardship |

| | |
|---|---|
| 100388078 | Childcare |
| 100394469 | Medical / Childcare |
| 100386808 | New Job; conflict of interest |
| 100388868 | Financial Hardship |
| 100382889 | Financial Hardship |
| 100415965 | Medical |
| 100378586 | Doctor / Childcare issues |
| 100375958 | M.D. |
| 100382978 | Childcares / Military issue |
| 100421220 | Financial Hardship |
| 100413130 | Financial Hardship |
| 100394652 | Caregiver |
| 100397531 | Travel |
| 100413536 | Self-employed / Financial Hardship |

DATED: December 4, 2023.          MERRICK B. GARLAND
                                  Attorney General

                                  TARA K. MCGRATH
                                  United States Attorney

                                  *Joseph J.M. Orabona*
                                  MICHAEL G. WHEAT, CBN 118598
                                  JOSEPH J.M. ORABONA, CBN 223317
                                  JANAKI GANDHI CHOPRA, CBN 272246
                                  COLIN M. MCDONALD, CBN 286561
                                  ANDREW Y. CHIANG, NYBN 4765012
                                  Special Attorneys to the Attorney General

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>　　　　　Defendants. | CR No. 22-00048-JMS-WRP<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Joseph Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893. I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2023.

*Joseph J.M. Orabona*
JOSEPH J.M. ORABONA

9