MERRICK B. GARLAND
Attorney General
TARA K. MCGRATH
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW Y. CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
michael.wheat@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>Defendants. | CR No. 22-00048-JMS-WRP<br><br>Joint Trial Presentation Statement<br><br>Trial Date: February 27, 2024 |

## JOINT TRIAL PRESENTATION STATEMENT

The United States of America and Defendants Keith Mitsuyoshi Kaneshiro,

Dennis Kuniyuki Mitsunaga, Terri Ann Otani, Aaron Shunichi Fujii, Chad Michael

McDonald, and Sheri Jean Tanaka, through their respective counsel, pursuant to CrimLR2.3(b) and the Court's pretrial order at ECF No. 263, hereby submit a joint trial presentation statement.[1]

I

ESTIMATE OF TRIAL PRESENTATION DAYS

The United States anticipates 22 days for its case-in-chief, and the defense estimates 7 days for the defense case, not including jury selection.

II

OUTSTANDING DISCOVERY MATTERS

To date the United States has produced eleven rounds of discovery and is unaware of any contested requests. In addition, no reciprocal discovery has been produced.

III

ANTICIPATED NUMBER OF WITNESSES

The United States anticipates calling approximately 60 witnesses.[2] The defense anticipates calling approximately 20 witnesses.[3]

---

[1] Counsel for Dennis Mitsunaga informed the United States that all defendants agree to this joint statement. As of 5 p.m. PST on this filing date, however, the United States has not received individual confirmations from the attorneys for Chad McDonald and Terri Ann Otani. Therefore, signatures for Mr. Otake and Ms. Lum are not included in the signature blocks below.

[2] Based on the nature of certain witness testimony taken by the grand jury, the defense intends to ask for an offer of proof to support the government's calling 60 witnesses.

[3] Without knowing which witnesses the government anticipates calling, the defense cannot determine with specificity at this time how many witnesses they may call.

IV

NEED FOR INTERPRETERS FOR WITNESSES

The parties do not anticipate needing interpreters for their respective witnesses.

V

ANTICIPATED NUMBER OF TRIAL EXHIBITS

The United States anticipates submitting approximately 500 exhibits. The defense anticipates submitting approximately 50 exhibits.[4]

VI

NATURE OF EXHIBITS

The United States will be submitting no more than six documents where L.J.M.'s face was superimposed onto images of other female bodies clad in lingerie, as well as emails sent to L.J.M. by an MAI employee, with brochures attached for breast augmentation ad reconstruction.[5]

VII

ANTICIPATED USE OF TECHNOLOGY

The United States anticipates using technology to present its exhibits. The United States understands that the Court uses a Jury Evidence Recording System

---

[4] Without knowing which exhibits the Government anticipates introducing, the defense cannot determine with specificity at this time how many exhibits they may introduce.

[5] The defense intends to file a motion *in limine* in connection with the evidence identified by the government in section VI.

(JERS) and requests that it be used in this case for the jurors to view the admitted exhibits during deliberations. If permitted, the United States' paralegals will coordinate with the Courtroom Manager to ensure that the United States' technology will operate smoothly in the courtroom and that all exhibits are properly submitted electronically so that they may be uploaded to the system in advance of the trial.

The defense also anticipates using technology to present its exhibits. If permitted, the defense will similarly coordinate with the Courtroom Manager. The defense is also willing to make advance pretrial arrangements with the Courtroom Manager to test the technology at a time agreeable to the Court.

VIII

BRIEF DESCRIPTION OF UNUSUAL LEGAL ISSUES

The parties intend to file motions *in limine* in accordance with the Court's scheduling order to address the admissibility of evidence at trial.

The parties do not anticipate any unusual logistical issues that must be resolved before trial beyond those previously identified by the Court.

IX.

ANY OTHER INFORMATION ORDERED BY THE COURT

The parties will continue to abide by the Court's scheduling order as outlined in this case. As of now, there are no stipulations as to the authenticity/admissibility of exhibits.

Dated: January 2, 2024.                    Respectfully submitted,

MERRICK B. GARLAND
Attorney General

*/s/ Andrew Y. Chiang*
MICHAEL G. WHEAT
JOSEPH J.M. ORABONA
JANAKI G. CHOPRA
COLIN M. MCDONALD
ANDREW Y. CHIANG
Special Attorneys of the United States

*/s/ Birney B. Bervar*
BIRNEY B. BERVAR
Attorney for Defendant Kaneshiro

*/s/ Nina Marino*
NINA MARINO
Attorney for Defendant Mitsunaga

*/s/*
DORIS LUM
Attorney for Defendant Otani

*/s/ Andrew Kennedy*
ANDREW KENNEDY
Attorney for Defendant Fujii

*/s/*
THOMAS OTAKE
Attorney for Defendant McDonald

*/s/ Mark Mermelstein*
MARK MERMELSTEIN
Attorney for Defendant Tanaka