# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-cr-00048-JMS-WRP |
| CASE NAME: | United States of America v. (1) Keith Mitsuyoshi Kaneshiro |
| | (2) Dennis Kuniyuki Mitsunaga |
| | (3) Terri Ann Otani |
| | (4) Aaron Shunichi Fujii |
| | (5) Chad Michael McDonald |
| | (6) Sheri Jean Tanaka |
| ATTYS FOR PLA: | *Michael Wheat |
| | Joseph J.M. Orabona |
| ATTYS FOR DEFTS: | *(1) Birney B. Bervar |
| | *(2) Nina Marino |
| | (2) Ryan Mitsos |
| | (2) John M. Schum |
| | (3) Doris Lum |
| | *(4) Andrew M Kennedy |
| | *(5) Thomas M. Otake |
| | *(6) Crystal Gail K. Glendon |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 01/09/2024 | TIME: | 1:30 pm - 2:03 pm |

COURT ACTION:   EP:   STATUS CONFERENCE held.

Defendants (1) Kaneshiro, (2) Mitsunaga, (3) Otani, (4) Fujii, (5) McDonald, and (6) Tanaka, not in custody, present.

Darrin Sakanoi, Special Agent from State of Hawaii - Attorney General's Office, and Laura Salazar, Federal Bureau of Investigation Special Agent, present.

65 potential jurors present.

Court addressed the potential jurors.

Defendants to remain on previously imposed conditions of release.

Submitted by: Renee L.F. Honda, Courtroom Manager