Mark Mermelstein (CA SBN 208005)
mmermelstein@holmesathey.com
Andrew S. Cowan (CA SBN 165435)
acowan@holmesathey.com
Holmes, Athey, Cowan
& Mermelstein LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90017
Telephone: (213) 985-2200

*Attorneys for Defendant Sheri Jean Tanaka*

Doris Lum (HI SBN 008365)
doris@dorislumlaw.com
Law Office of Doris Lum, LLLC
1001 Bishop Street, Suite 710
Honolulu, HI 96813

*Attorney for Defendant
Terri Ann Otani*

Birney B. Bervar (HI SBN 005482)
bbb@bevar-jones.com
Bervar & Jones
1100 Alakea Street, 20th Floor
Honolulu, HI 96813

*Attorney for Defendant
Keith Mitsuyoshi Kaneshiro*

Andrew M. Kennedy (HI SBN 009734)
Andrew@kona-lawyer.com
Schlueter Kwiat & Kennedy LLLP
Atrium Court
75-167 Kalani St, Ste. 201
Kailua Kona, HI 96740

*Attorney for Defendant
Aaron Shunichi Fujii*

Nina Marino (CA SBN 142815)
marino@kaplanmarino.com
Kaplan Marino, PC
1546 N. Fairfax Avenue
Los Angeles, CA 90046

*Attorney for Defendant
Dennis Kuniyuki Mitsunaga*

Thomas M. Otake (HI SBN 007622)
thomas@otakelaw.com
Thomas M. Otake AAL, ALC
851 Fort Street Mall, Suite 400
Honolulu, HI 96813

*Attorney for Defendant
Chad Michael McDonald*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br>                     Defendants. | Case No. CR-22-00048-JMS-WRP<br><br>**DEFENDANTS MOTION IN LIMINE NO. 10 TO EXCLUDE EVIDENCE OF KEITH KANESHIRO'S GRAND JURY TESTIMONY; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. J. Michael Seabright<br>Trial Date: February 27, 2024 |

## DEFENDANTS MOTION IN LIMINE NO. 10 TO EXCLUDE EVIDENCE OF KEITH KANESHIRO'S GRAND JURY TESTIMONY

Defendant Keith Kaneshiro testified before a federal grand jury on several occasions in 2016. While the government produced numerous grand jury transcripts in this case, Kaneshiro's were not among them. On July 28. 2023, Kaneshiro filed a Motion to Compel Discovery of these transcripts. [ECF No. 236]. The government responded with the position that Kaneshiro's grand jury testimony was not relevant to this case: "Kaneshiro's 2016 grand jury testimony does not relate to and is not relevant to the charges in this case. There is no grand jury testimony by Kaneshiro relating to the charges in this case." [ECF 250, page 6]. With that response, Kaneshiro withdrew the Motion to Compel Discovery.

Since the government has clearly taken the position that Kaneshiro's grand jury testimony is not relevant to this case, Defendants seek a court order excluding any use of his grand jury testimony in this case.

DATED: Honolulu, Hawaii, <u>January 22, 2024.</u>

HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP

By: <u> /s/ Mark Mermelstein </u>
MARK MERMELSTEIN
*Attorneys for Defendant*
*Sheri Jean Tanaka*

BERVAR & JONES

By: <u> /s/ Birney B. Bervar </u>
BIRNEY B. BERVAR
*Attorney for Defendant*
*Keith Mitsuyoshi Kaneshiro*

KAPLAN MARINO, PC

By: <u> /s/ Nina Marino </u>
NINA MARINO
*Attorney for Defendant*
*Dennis Kuniyuki Mitsunaga*

LAW OFFICE OF DORIS LUM, LLLC

By: /s/ Doris Lum
    DORIS LUM
    *Attorney for Defendant*
    *Terri Ann Otani*

THOMAS M. OTAKE AAL, ALC

By: /s/ Thomas M. Otake
    THOMAS M. OTAKE
    *Attorney for Defendant*
    *Chad Michael McDonald*

SCHLUETER KWIAT & KENNEDY LLLP

By: /s/ Andrew M. Kennedy
    ANDREW M. KENNEDY
    *Attorney for Defendant*
    *Aaron Shunichi Fujii*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1), DENNIS KUNIYUKI MITSUNAGA (2), TERRI ANN OTANI (3), AARON SHUNICHI FUJII (4), CHAD MICHAEL MCDONALD (5), SHERI JEAN TANAKA (6),<br><br>Defendants. | CR. NO.: 22-00048 JMS<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that a true correct copy of the foregoing document was duly served electronically upon the following via the CM/ECF System:

TO:

    MICHAEL G. WHEAT, ESQ.
    JOSEPH J.M. ORABONA, ESQ.
    JANAKI G. CHOPRA, ESQ.
    COLIN M. MCDONALD, ESQ.
    ANDREW Y. CHIANG, ESQ.
    United States Attorney's Office 880 Front Street, Room 6293 San Diego, California 92101
    E-mail: michael.wheat@usdoj.gov

    joseph.orabona@usdoj.gov
    Janaki.Chopra@usdoj.gov
    Colin.McDonald@usdoj.gov
    Andrew.Chiang@usdoj.gov
    Attorneys for the United States of America

CRYSTAL G. K. GLENDON
Glendon & Ponce,
LLLC 1001 Bishop St., Suite 710
Honolulu, Hawaii 96813
E-mail: crystal@glendonponce.com
Attorney for Defendant Sheri Jean Tanaka


JOHN M. SCHUM, ESQ.
Law Office of John Schum
P.O. Box 1241
Honolulu, Hawaii 96807
Email: john@johnschrum.com
Attorney for Defendant Dennis Mitsunaga


DATED:  Honolulu, Hawaii, January 22, 2024.


|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: January 22, 2024 | HOLMES, ATHEY,<br>COWAN & MERMELSTEIN LLP |
|  | By: /s/ Mark Mermelstein<br>MARK MERMELSTEIN<br>*Attorneys for Defendant*<br>*Sheri Jean Tanaka* |
| BERVAR & JONES | KAPLAN MARINO, PC |
| By: /s/ Birney B. Bervar<br>BIRNEY B. BERVAR<br>*Attorney for Defendant*<br>*Keith Mitsuyoshi Kaneshiro* | By: /s/ Nina Marino<br>NINA MARINO<br>*Attorney for Defendant*<br>*Dennis Kuniyuki Mitsunaga* |
| LAW OFFICE OF DORIS LUM, LLLC | SCHLUETER KWIAT & KENNEDY LLLP |
| By: /s/ Doris Lum<br>DORIS LUM<br>*Attorney for Defendant*<br>*Terri Ann Otani* | By: /s/ Andrew M. Kennedy<br>ANDREW M. KENNEDY<br>*Attorney for Defendant*<br>*Aaron Shunichi Fujii* |
| THOMAS M. OTAKE AAL, ALC |  |

By: /s/ Thomas M. Otake
THOMAS M. OTAKE
*Attorney for Defendant*
*Chad Michael McDonald*