Mark Mermelstein (CA SBN 208005)
mmermelstein@holmesathey.com
Andrew S. Cowan (CA SBN 165435)
acowan@holmesathey.com
Holmes, Athey, Cowan
& Mermelstein LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90017
Telephone: (213) 985-2200
*Attorneys for Defendant Sheri Jean Tanaka*

Doris Lum (HI SBN 008365)
doris@dorislumlaw.com
Law Office of Doris Lum, LLLC
1001 Bishop Street, Suite 710
Honolulu, HI 96813
*Attorney for Defendant
Terri Ann Otani*

Birney B. Bervar (HI SBN 005482)
bbb@bevar-jones.com
Bervar & Jones
1100 Alakea Street, 20th Floor
Honolulu, HI 96813
*Attorney for Defendant
Keith Mitsuyoshi Kaneshiro*

Andrew M. Kennedy (HI SBN 009734)
Andrew@kona-lawyer.com
Schlueter Kwiat & Kennedy LLLP
Atrium Court
75-167 Kalani St, Ste. 201
Kailua Kona, HI 96740
*Attorney for Defendant
Aaron Shunichi Fujii*

Nina Marino (CA SBN 142815)
marino@kaplanmarino.com
Kaplan Marino, PC
1546 N. Fairfax Avenue
Los Angeles, CA 90046
*Attorney for Defendant
Dennis Kuniyuki Mitsunaga*

Thomas M. Otake (HI SBN 007622)
thomas@otakelaw.com
Thomas M. Otake AAL, ALC
851 Fort Street Mall, Suite 400
Honolulu, HI 96813
*Attorney for Defendant
Chad Michael McDonald*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br>                Defendants. | Case No. CR-22-00048-JMS-WRP<br><br>**DEFENDANT'S MOTION IN LIMINE NO. 11 TO EXCLUDE EVIDENCE REGARDING KATHERINE KEALOHA; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. J. Michael Seabright<br>Trial Date: February 27, 2024 |

# DEFENDANT'S MOTION IN LIMINE NO. 11 TO EXCLUDE EVIDENCE REGARDING KATHERINE KEALOHA

The bribery allegations in this case allege that in exchange for campaign contributions from Mitsunaga & Associates, Inc. ("MAI"), to elected prosecutor Keith Kaneshiro, that Kaneshiro agreed to investigate and prosecute L.J.M., a former MAI employee. Felony theft charges were filed against L.J.M. on December 1, 2014 by Deputy Prosecuting Attorney Jacob Delaplane. At the time, Delaplane was an attorney in the Career Criminal Division and his direct supervisor was Deputy Prosecuting Attorney Katherine Kealoha. While she was Delaplane's supervisor, Kealoha had little, if anything, to do with the L.J.M prosecution.

This court is well aware of the extensive publicity surrounding the 2019 trial and later sentencing of Katherine Kealoha, and the other co-defendants in USA v. Kealoha, Cr. No. 17-582 JMS. With Kealoha's notoriety, any mention of her name as associated with the defendants in this case risks drawing unfair prejudice.

Defendants request a court order preventing the government from introducing evidence naming or referring to Katherine Kealoha without first presenting an offer of proof as to the relevance of the evidence and allowing the court to make a determination as to whether any relevance is substantially outweighed by the danger of unfair prejudice. Fed. R. Evid 403.

DATED: Honolulu, Hawaii, <u>January 22, 2024.</u>

Respectfully submitted,

HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP

By: <u>/s/ Mark Mermelstein</u>
　　MARK MERMELSTEIN
　　*Attorneys for Defendant*
　　*Sheri Jean Tanaka*

BERVAR & JONES

By: <u>/s/ Birney B. Bervar</u>
　　BIRNEY B. BERVAR
　　*Attorney for Defendant*
　　*Keith Mitsuyoshi Kaneshiro*

KAPLAN MARINO, PC

By: <u>/s/ Nina Marino</u>
　　NINA MARINO
　　*Attorney for Defendant*
　　*Dennis Kuniyuki Mitsunaga*

LAW OFFICE OF DORIS LUM, LLLC

By: <u>/s/ Doris Lum</u>
　　DORIS LUM
　　*Attorney for Defendant*
　　*Terri Ann Otani*

SCHLUETER KWIAT & KENNEDY LLLP

By: <u>/s/ Andrew M. Kennedy</u>
　　ANDREW M. KENNEDY
　　*Attorney for Defendant*
　　*Aaron Shunichi Fujii*

THOMAS M. OTAKE AAL, ALC

By: <u>/s/ Thomas M. Otake</u>
　　THOMAS M. OTAKE
　　*Attorney for Defendant*
　　*Chad Michael McDonald*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KEITH MITSUYOSHI KANESHIRO (1), DENNIS KUNIYUKI MITSUNAGA (2), TERRI ANN OTANI (3), AARON SHUNICHI FUJII (4), CHAD MICHAEL MCDONALD (5), SHERI JEAN TANAKA (6),<br><br>　　　　　　　Defendants. | CR. NO.: 22-00048 JMS<br><br>CERTIFICATE OF SERVICE |

### **CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that a true correct copy of the foregoing document was duly served electronically upon the following via the CM/ECF System:

TO:

　　MICHAEL G. WHEAT, ESQ.
　　JOSEPH J.M. ORABONA, ESQ.
　　JANAKI G. CHOPRA, ESQ.
　　COLIN M. MCDONALD, ESQ.
　　ANDREW Y. CHIANG, ESQ.
　　United States Attorney's Office 880 Front Street, Room 6293 San Diego, California 92101
　　E-mail: michael.wheat@usdoj.gov
　　joseph.orabona@usdoj.gov
　　Janaki.Chopra@usdoj.gov
　　Colin.McDonald@usdoj.gov
　　Andrew.Chiang@usdoj.gov
　　Attorneys for the United States of America

4

CRYSTAL G. K. GLENDON
Glendon & Ponce,
LLLC 1001 Bishop St., Suite 710
Honolulu, Hawaii 96813
E-mail: crystal@glendonponce.com
Attorney for Defendant Sheri Jean Tanaka


JOHN M. SCHUM, ESQ.
Law Office of John Schum
P.O. Box 1241
Honolulu, Hawaii 96807
Email: john@johnschrum.com
Attorney for Defendant Dennis Mitsunaga


DATED:  January 22, 2024

HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP

By:___/s/ Mark Mermelstein____
      MARK MERMELSTEIN
      *Attorneys for Defendant*
      *Sheri Jean Tanaka*

BERVAR & JONES

By:___/s/ Birney B. Bervar____
      BIRNEY B. BERVAR
      *Attorney for Defendant*
      *Keith Mitsuyoshi Kaneshiro*

KAPLAN MARINO, PC

By:___/s/ Nina Marino____
      NINA MARINO
      *Attorney for Defendant*
      *Dennis Kuniyuki Mitsunaga*

LAW OFFICE OF DORIS LUM, LLLC

By:___/s/ Doris Lum____
      DORIS LUM
      *Attorney for Defendant*
      *Terri Ann Otani*

SCHLUETER KWIAT & KENNEDY LLLP

By:___/s/ Andrew M. Kennedy____
      ANDREW M. KENNEDY
      *Attorney for Defendant*
      *Aaron Shunichi Fujii*

THOMAS M. OTAKE AAL, ALC

By:___/s/ Thomas M. Otake____
      THOMAS M. OTAKE
      *Attorney for Defendant*
      *Chad Michael McDonald*

5