IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH MITSUYOSHI KANESHIRO, DENNIS KUNIYUKI MITSUNAGA, TERRI ANN OTANI, AARON SHUNICHI FUJII, CHAD MICHAEL MCDONALD, SHERI JEAN TANAKA,<br><br>　　　　　Defendants. | CR. NO. 22-00048 JMS-WRP<br><br>ORDER OF RECUSAL |

## **ORDER OF RECUSAL**

This court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 24, 2024.



　　　　　　　　　　　　　　　/s/ J. Michael Seabright
　　　　　　　　　　　　　　J. Michael Seabright
　　　　　　　　　　　　　　United States District Judge