# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN THE MATTER OF THE DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT | **ORDER** <br> (28 U.S.C. § 292(b)) |

### *For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Timothy M. Burgess**, United States Senior District Judge for the District of Alaska, to temporarily perform the duties of United States District Judge for the District of Hawaii beginning on January 24, 2024, for the following specific case: *USA v. Kaneshiro, et al.*, 1:22-cr-00048.

DATED this 24th day of January 2024.

Mary H. Murguia
Chief Circuit Judge