**SEALED**

MERRICK B. GARLAND   BY ORDER OF THE COURT
Attorney General
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW Y. CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
Joseph.Orabona@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 26, 2024, 3:57 pm
Lucy H. Carrillo, Clerk of Court

UNSEALED BY ORDER OF THE COURT
DATE: 2/17/2026, see ECF No. 5,
MC 26-00010 SASP-KJM

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEITH MITSUYOSHI KANESHIRO (1), <br> DENNIS KUNIYUKI MITSUNAGA (2), <br> TERRI ANN OTANI (3), <br> AARON SHUNICHI FUJII (4), <br> CHAD MICHAEL MCDONALD (5), <br> SHERI JEAN TANAKA (6), <br><br> Defendants. | CR No. 22-00048-TMB-WRP <br><br> UNITED STATES' MOTION TO SEAL **(1)** THIS MOTION ITSELF; **(2)** THE UNITED STATES' ATTACHED NOTICE; AND **(3)** THE COURT'S ORDER ON THIS MOTION; REQUEST FOR PROTECTIVE ORDER <br><br> [UNDER SEAL] |

The United States hereby files this Motion to Seal (1) this Motion itself; (2) the United States' Notice attached to this Motion as "Exhibit 1," and (3) the Court's Order on this Motion. The Court should grant the Motion for good cause shown because the foregoing documents reference or allude to a sensitive ongoing non-public criminal investigation.

Relatedly, based on the sensitive nature of the information contained in Exhibit 1, the United States also requests that the Court enter an order of protection that (1) restricts access to Exhibit 1, this motion, and any resulting order of the Court related thereto, to the attorneys of record in this case (i.e., "ATTORNEYS' EYES ONLY"), and (2) requires that any reference to the foregoing documents and its contents to be filed under seal until further order of the Court.

Dated: January 25, 2024

                    MERRICK B. GARLAND
                    Attorney General

                    /s/ *Joseph J.M. Orabona*
                    MICHAEL G. WHEAT
                    JOSEPH J.M. ORABONA
                    JANAKI G. CHOPRA
                    COLIN M. MCDONALD
                    ANDREW Y. CHIANG
                    Special Attorneys of the United States

# EXHIBIT ONE

MERRICK B. GARLAND
Attorney General
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW Y. CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
Joseph.Orabona@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>Defendants. | CR No. 22-00048-TMB-WRP<br><br>UNITED STATES' NOTICE REGARDING DEFENDANT SHERI JEAN TANAKA<br><br>**[UNDER SEAL]** |

The United States has been made aware that there is an ongoing criminal investigation into whether Defendant Sheri Jean Tanaka engaged in acts threatening the safety of the former judge in this case and a special attorney prosecuting this matter. The United States Attorney's Office for the District of Arizona is handling that investigation. Any questions regarding that investigation should be directed to

2

the Chief of the Criminal Division of the District of Arizona, William Voit at 602-514-7685.

Dated: January 25, 2024   Respectfully submitted,

        MERRICK B. GARLAND
        Attorney General

        */s/ Joseph J.M. Orabona*
        MICHAEL G. WHEAT
        JOSEPH J.M. ORABONA
        JANAKI G. CHOPRA
        COLIN M. MCDONALD
        ANDREW Y. CHIANG
        Special Attorneys of the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>　　　　　　　Defendants. | CR No. 22-00048-TMB-WRP<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. Upon filing on January 25, 2024, I will cause service of the foregoing Motion to Seal and the United States' Notice Regarding Defendant Sheri Jean Tanaka upon the following via e-mail communication and/or an electronic file transfer service:

Birney B. Bervar
Attorney for Keith M. Kaneshiro
bbb@bervar-jones.com

Jennifer Leiser
John Schum

Nina Marino
Ryan Mitsos
Jessica Ann Szemkow
Attorneys for Dennis K. Mitsunaga
lieser@kaplanmarino.com
John@JohnSchum.com
marino@kaplanmarino.com
ja.szemkow@outlook.com
mitsos@kaplanmarino.com

Doris Lum
Attorney for Terri Ann Otani
doris@dorislumlaw.com

Andrew M. Kennedy
Attorney for Aaron S. Fujii
Andrew@kona-lawyer.com

Thomas M. Otake
Attorney for Chad Michael McDonald
thomas@otakelaw.com

Andrew S. Cowan
Crystal Gail K. Glendon
Mark Mermelstein
Attorneys for Sheri Jean Tanaka
acowan@holmesathey.com
crystalglendonlaw@gmail.com
mmermelstein@holmesathey.com

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on January 25, 2024.

                                      s/ *Joseph J.M. Orabona*
                                      JOSEPH J.M. ORABONA