Mark Mermelstein (CA SBN 208005)
Andrew S. Cowan (CA SBN 165435)
HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California  90017
Telephone:  (213) 985-2200
Fax:             (213) 973-6282
Email:         mmermelstein@holmesathey.com
                   acowan@holmesathey.com

Attorneys for Defendant Sheri Jean Tanaka

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>          Defendants. | Case No. CR-22-00048-TMB-WRP<br><br>**DEFENDANT SHERI J. TANAKA'S UNOPPOSED MOTION TO CONTINUE HEARING DATE; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Timothy M. Burgess<br><br>Current Hearing Date:    2/8/2024<br>Proposed Hearing Date:  2/26/2024 |

1

On January 26, 2024 the Court set a hearing for February 8, 2024 at 10:00 AM regarding the multiple motions *in limine* that have been filed by the parties. (ECF 355). Undersigned counsel Mark Mermelstein, who is lead counsel for defendant Sheri J. Tanaka, cannot attend that hearing due to a scheduling conflict. By this *ex parte* application, Ms. Tanaka respectfully asks the Court to change the hearing date so that Mr. Mermelstein can argue the seven motions *in limine* he filed, as well as responses to two government motions *in limine* which he also filed. (Mr. Mermelstein filed Motions *in Limine* Nos. 1-5, 12 and 13, and will be filing responses to the government's Motions *in Limine* No. 2 and 5)

Mr. Mermelstein also serves as lead trial counsel for Michael Patterson in a case styled *Lady Benjamin PD Cannon f/k/a Ben Cannon v. Romeo Sys., Inc., et al.*, C.A. No. 2021-0171-PAF (Del. Ch.) pending in Chancery Court in Delaware. That case is in mid-trial and that court has scheduled the resumption of that trial in person on February 8, 2024. Based on available flights and connections, Mr. Mermelstein cannot get between Delaware and Honolulu during the week of February 6.

Mr. Mermelstein has communicated with counsel for defendants in this case as well as counsel for the government. The earliest date on which all counsel have indicated they are available before trial for the hearing is February 26, 2024.

2

For these reasons, Ms. Tanaka respectfully asks the Court to grant her unopposed Motion to reschedule the hearing date for the motions *in limine* from February 8, 2024 to February 26, 2024, or as soon thereafter that the Court is available.

DATED:  January 31, 2024              Respectfully submitted,

                                         HOLMES, ATHEY,
                                       COWAN & MERMELSTEIN LLP

                                       By:  */s/ Mark Mermelstein*
                                            MARK MERMELSTEIN

                                         Attorneys for Defendant
                                         Sheri Jean Tanaka

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel at their last known addresses by the CM/ECF system on the date indicated below.

| | |
|---|---|
| MICHAEL G. WHEAT, ESQ.<br>JOSEPH J.M. ORABONA, ESQ.<br>JANAKI G. CHOPRA, ESQ.<br>COLIN M. MCDONALD, ESQ.<br>ANDREW Y. CHIANG, ESQ.<br>United States Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, California 92101<br>E-mail: michael.wheat@usdoj.gov<br>joseph.orabona@usdoj.gov<br>Janaki.Chopra@usdoj.gov<br>Colin.McDonald@usdoj.gov<br>Andrew.Chiang@usdoj.gov | *Attorneys for the United States of America* |
| CRYSTAL G. K. GLENDON<br>Glendon & Ponce, LLLC<br>1001 Bishop St., Suite 710<br>Honolulu, Hawaii 96813<br>E-mail: crystal@glendonponce.com | *Attorney for Defendant Sheri Jean Tanaka* |
| BIRNEY B. BERVAR, ESQ.<br>Bervar & Jones<br>1100 Alakea Street, 20th Floor<br>Honolulu, Hawaii 96813<br>E-mail: bbb@bevar-jones.com | *Attorney for Defendant Keith Mitsuyoshi Kaneshiro* |
| NINA MARINO<br>JENNIFER LIESER<br>Kaplan Marino, PC<br>1546 N. Fairfax Avenue<br>Los Angeles, CA 90046<br>E-mail: marino@kaplanmarino.com<br>lieser@kaplanmarino.com | *Attorneys for Defendant Dennis Kuniyuki Mitsunaga* |

| | |
|---|---|
| JOHN M. SCHUM, ESQ.<br>Law Office of John Schum<br>P.O. Box 1241<br>Honolulu, Hawaii 96807<br>E-mail: John@JohnSchum.com | ***Attorneys for Defendant Dennis Kuniyuki Mitsunaga*** |
| DORIS LUM, ESQ.<br>Law Office of Doris Lum, LLLC<br>1001 Bishop Street, Suite 710<br>Honolulu, Hawaii 96813<br>E-mail: doris@dorislumlaw.com | ***Attorney for Defendant Terri Ann Otani*** |
| ANDREW M. KENNEDY, ESQ.<br>Schlueter Kwiat & Kennedy LLLP<br>Atrium Court<br>75-167 Kalani St, Ste. 201<br>Kailua Kona, HI 96740<br>E-mail: Andrew@kona-lawyer.com | ***Attorney for Defendant Aaron Shunichi Fujii*** |
| THOMAS M. OTAKE, ESQ.<br>Thomas M. Otake AAL, ALC<br>851 Fort Street Mall, Suite 400<br>Honolulu, Hawaii 96813<br>E-mail: thomas@otakelaw.com | ***Attorney for Defendant Chad Michael McDonald*** |

DATED:  January 31, 2024         Respectfully submitted,

              HOLMES, ATHEY,
              COWAN & MERMELSTEIN LLP


              By: ___*/s/ Mark Mermelstein*___
                MARK MERMELSTEIN

              Attorneys for Defendant
              Sheri Jean Tanaka