MERRICK B. GARLAND
Attorney General
TARA K. MCGRATH
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW Y. CHIANG, NYBN 4765012
Special Attorneys to the Attorney General
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/6695/8817/9144/8756
michael.wheat@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>                Defendants. | CR. No. 22-00048-TMB-WRP<br><br>STIPULATION<br>RE: HANDWRITTEN NOTES |

The following is hereby stipulated and agreed, by and between the United States of America and Defendant, Keith Mitsuyoshi Kaneshiro, with the advice and consent of Birney B. Bervar, counsel for Defendant:

1. The four pages of handwritten notes, on lined paper, attached hereto as *Exhibit 1*, were written by Mr. Kaneshiro.

SO STIPULATED AND AGREED.

DATED     January 31, 2024.

/s/ *Birney B. Bervar*
Birney B. Bervar
Bervar & Jones
Attorneys for Defendant Kaneshiro

MERRICK B. GARLAND
Attorney General
TARA K. MCGRATH
United States Attorney

*Michael G. Wheat*
MICHAEL G. WHEAT
JOSEPH J.M. ORABONA
JANAKI G. CHOPRA
COLIN M. MCDONALD
ANDREW Y. CHIANG
Special Attorneys

# Exhibit 1

*[Kaneshiro Stipulation to Handwriting]*

# Laurel Mau Investigation

Laurel Mau doing side jobs while employed @ Mitsunaga, using Co. resources.

1. <u>Allen Teshima</u>   10/11/09 – 2010
   Job: Renovation of Closet extension & kitchen renovation – architectural design services
   a. <u>Contract</u> (Nov. 18, 2009) signed by Teshima 11/25/09
      - Closet extension : estimate : $12,000
      - Kitchen renovation: estimate   1. $40,000
                                        2. $35,000
      - <u>Mau's fee</u> : $5,750 + tax
   b. <u>Deposition of Teshima</u>
      referred by Andrew Chong
         – she does part-time work
      paid Laurel Mau a check of $5,750
   c. letter from Mau re: expenses (July 11, 2010)
      List of expense totally $8,029.65
   d. Copy of check #2364 (July 12, 2010) written to Laurel Mau
      total payment $8,029.65
   e. Dial Electric Supplies invoice
      – shipped to Mitsunaga & Assoc. (Laurel Mau) 5/19/10
      $688.17 (reflected professional discount)
      – invoices of other supplies
   f. Mau provided list of all side jobs approved by Mitsunaga — did not include Teshima job.
   g. Building permit has Mau as applicant
   h. Call Mau @ work during work hours

2. <u>Darrin Sato</u>
   Job: Vanguard Lofts interior design coordination for $900.
   a. Contract:
      - letter on Feb. 1, 2011 from Man
      - signed on 2/1/11
   b. Check dated 5/7/11 to Laurel Mau for $900.

KM-REPORTS-001194.02

## Deposition of Laurel Mau

need statement of Aaron Fujii. Mau terminated on 1/10/11

1. Mau stated she got approval to do side jobs from Aaron Fujii, early on (possibly 1998-2004)
   * Statement from Aaron Fujii regarding approval
     Aaron Fujii not her supervisor
   * Employee handbook or policy allowing side jobs?
   Mau claims Fujii said any project under $15,000 was too small and did not need approval.

2. Mau stated she was terminated on 11/25/11

3. Mau admits to side jobs.
   did use ofc. e-mail, office supplies.
   use office phone, fax, & copier

   $7,000  S.M - LM
     Keith Kalani
     William Wong
   documents from S.M admitting sidejob

KM-REPORTS-001194.03

# William Wong

Is a licensed architect.
Owner of Jenken Architecture
   APAC - permitting processing
   PIERS - solar installation
   design + construction services

Mau rec'd compensation as designer + architect of record for Spada Restaurant (2004)

Worked w/ Mau on 2999 Kalakaua Ave. (2011)
   Isaac's condo renovation
   Mau paid by owner
   Worked on project w/ Wong.