ORIGINAL SEALED

Mark Mermelstein (CA SBN 208005)
Andrew S. Cowan (CA SBN 165435)
HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Telephone: (213) 985-2200
Fax: (213) 973-6282
Email: mmermelstein@holmesathey.com
acowan@holmesathey.com

Attorneys for Defendant Sheri Jean Tanaka

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 01 2024

at 1 o'clock and 55 min. P M
Lucy H. Carrillo, Clerk LS

cc: TMB/ FILER AT COUNTER

UNSEALED BY ORDER OF THE COURT
DATE: 2/17/2026, see ECF No. 5,
MC 26-00010 SASP-KJM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>Defendants. | Case No. CR-22-00048-TMB-WRP<br><br>**DEFENDANT SHERI J. TANAKA'S SEALED *EX PARTE* MOTION FOR *IN CAMERA* REVIEW; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Timothy M. Burgess<br><br>[UNDER SEAL] |

1

Pursuant to the Court's January 31, 2024 *Order Directing Refiling of "Addendum to Response to Government's Under Seal Notice; Exhibit 2"* defendant Sheri Tanaka hereby files her *Ex Parte* Motion for *In Camera* Review. The Motion is being filed under seal pursuant to the Court's Order.

The Court should grant the Motion for the following reasons.

1. The materials that Ms. Tanaka seeks to submit for *in camera* review contain sensitive confidential information that is relevant to the government's under seal Notice filed on January 26, 2024, and also sensitive and confidential information relevant to Ms. Tanaka's defense. Due to their sensitive and confidential nature, they should not be disclosed to counsel for co-defendants, the government, or the public. *See* attached Declaration of Mark Mermelstein ("Mermelstein Decl.") at ¶ 3.

2. The materials refer to information that Ms. Tanaka's counsel learned of only recently. The materials are relevant to determining whether the trial in this matter, which is scheduled to begin on February 27, 2024, can proceed as presently constituted. Due to the pendency of the trial, a regular motion could not be heard and resolved in a sufficiently timely manner. Mermelstein Decl. at ¶ 4.

3.   None of the other parties to this case object to Ms. Tanaka's *Ex Parte*

request. Mermelstein Decl. at ¶ 5.

For these reasons, Ms. Tanaka respectfully asks the Court to grant her

unopposed *Ex Parte* Motion.

DATED: February 1, 2024            Respectfully submitted,

                                   HOLMES, ATHEY,
                                   COWAN & MERMELSTEIN LLP


                                   By: /s/ Mark Mermelstein
                                        MARK MERMELSTEIN

                                        Attorneys for Defendant
                                        Sheri Jean Tanaka

## DECLARATION OF MARK MERMELSTEIN
## IN SUPPORT OF *EX PARTE* MOTION

I, Mark Mermelstein, declare as follows:

1. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as follows.

2. I represent defendant Sheri Jean Tanaka in *United States of America v. Keith Mitsuyoshi Kaneshiro et al.*, Case No. CR-22-48-TMB-WRP. I make this declaration in support of Defendant Sheri J. Tanaka's Sealed *Ex Parte* Motion for *In Camera* Review.

3. The materials that Ms. Tanaka seeks to submit for *in camera* review contain sensitive confidential information that is relevant to the government's under seal Notice filed on January 26, 2024, and also sensitive and confidential information relevant to Ms. Tanaka's defense. Due to their sensitive and confidential nature, they should not be disclosed to counsel for co-defendants, the government, or the public.

4. The materials refer to information that undersigned counsel learned of only recently. The materials are relevant to determining whether the trial in this matter, which is scheduled to begin on February 27, 2024, can proceed as presently constituted. Due to the pendency of the trial, a regular motion could not be heard and resolved in a sufficiently timely manner.

5.  On February 1, 2024, in response to an email inquiry, counsel for co-defendants and for the government stated their positions with respect to the *Ex Parte* Request. Counsel for co-defendants Kaneshiro, Mitsunaga, Otani, and McDonald have no objection to the Request. Counsel for defendant Fujii did not respond, and his position is unknown. Counsel for the government stated: "Knowing only how the pleading is styled and not knowing the content of the material, we must defer to the Court's assessment of whether the material is rightly submitted in camera."

Executed this first day of February, 2024 at Los Angeles, California.

/s/ Mark Mermelstein
MARK MERMELSTEIN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel at their last known addresses by the CM/ECF system on the date indicated below.

| | |
|---|---|
| MICHAEL G. WHEAT, ESQ.<br>JOSEPH J.M. ORABONA, ESQ.<br>JANAKI G. CHOPRA, ESQ.<br>COLIN M. MCDONALD, ESQ.<br>ANDREW Y. CHIANG, ESQ.<br>United States Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, California 92101<br>E-mail: michael.wheat@usdoj.gov<br>joseph.orabona@usdoj.gov<br>Janaki.Chopra@usdoj.gov<br>Colin.McDonald@usdoj.gov<br>Andrew.Chiang@usdoj.gov | *Attorneys for the United States of America* |
| CRYSTAL G. K. GLENDON<br>Glendon & Ponce, LLLC<br>1001 Bishop St., Suite 710<br>Honolulu, Hawaii 96813<br>E-mail: crystal@glendonponce.com | *Attorney for Defendant Sheri Jean Tanaka* |
| BIRNEY B. BERVAR, ESQ.<br>Bervar & Jones<br>1100 Alakea Street, 20th Floor<br>Honolulu, Hawaii 96813<br>E-mail: bbb@bervar-jones.com | *Attorney for Defendant Keith Mitsuyoshi Kaneshiro* |
| NINA MARINO<br>JENNIFER LIESER<br>Kaplan Marino, PC<br>1546 N. Fairfax Avenue<br>Los Angeles, CA 90046<br>E-mail: marino@kaplanmarino.com<br>lieser@kaplanmarino.com | *Attorneys for Defendant Dennis Kuniyuki Mitsunaga* |

| | |
|---|---|
| JOHN M. SCHUM, ESQ.<br>Law Office of John Schum<br>P.O. Box 1241<br>Honolulu, Hawaii 96807<br>E-mail: John@JohnSchum.com | *Attorneys for Defendant Dennis Kuniyuki Mitsunaga* |
| DORIS LUM, ESQ.<br>Law Office of Doris Lum, LLLC<br>1001 Bishop Street, Suite 710<br>Honolulu, Hawaii 96813<br>E-mail: doris@dorislumlaw.com | *Attorney for Defendant Terri Ann Otani* |
| ANDREW M. KENNEDY, ESQ.<br>Schlueter Kwiat & Kennedy LLLP<br>Atrium Court<br>75-167 Kalani St, Ste. 201<br>Kailua Kona, HI 96740<br>E-mail: Andrew@kona-lawyer.com | *Attorney for Defendant Aaron Shunichi Fujii* |
| THOMAS M. OTAKE, ESQ.<br>Thomas M. Otake AAL, ALC<br>851 Fort Street Mall, Suite 400<br>Honolulu, Hawaii 96813<br>E-mail: thomas@otakelaw.com | *Attorney for Defendant Chad Michael McDonald* |

DATED: February 1, 2024

Respectfully submitted,

HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP

By: /s/ Mark Mermelstein
     MARK MERMELSTEIN

Attorneys for Defendant
Sheri Jean Tanaka