# SEALED MINUTE ORDER

UNSEALED BY ORDER OF THE COURT
DATE: 2/17/2026, see ECF No. 5,
MC 26-00010 SASP-KJM

| | |
|---|---|
| CASE NUMBER: | 1:22-cr-00048-TMB-WRP |
| CASE NAME: | United States of America v. (1) Keith Mitsuyoshi Kaneshiro<br>(2) Dennis Kuniyuki Mitsunaga<br>(3) Terri Ann Otani<br>(4) Aaron Shunichi Fujii<br>(5) Chad Michael McDonald<br>(6) Sheri Jean Tanaka |
| JUDGE: Timothy M. Burgess | DATE: 02/02/2024 |

COURT ACTION:  EO:  On February 1, 2024, Defendant Sheri Jean Tanaka filed under seal at Dkt. 371 an "*Ex Parte* Motion *for In Camera* Review; Declaration of Counsel; Certificate of Service" ("Motion"). Counsel indicated that co-defendants Kaneshiro, Mitsunaga, Otani, and McDonald have no objections to the Motion; and the Government defers to the Court. Counsel indicated that defendant Fujii did not respond to counsel's inquiry, and that his position is unknown. The Court directs that **Fujii must inform the Court** whether he is unopposed or opposed to the Motion, and provide reasons for any opposition, **on or before February 5, 2024, at 10:00 AM Hawaii Time.**

Submitted by: Renee L.F. Honda, Courtroom Manager