Mark Mermelstein (CA SBN 208005)
Andrew S. Cowan (CA SBN 165435)
HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Telephone:  (213) 985-2200
Fax:           (213) 973-6282
Email:        mmermelstein@holmesathey.com
                  acowan@holmesathey.com

Attorneys for Defendant Sheri Jean Tanaka

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>              Defendants. | Case No. CR-22-00048-TMB-WRP<br><br>**DEFENDANT SHERI J. TANAKA'S MOTION TO SEVER TRIAL FROM CO-DEFENDANTS; EXHIBIT 1; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Timothy M. Burgess<br>Trial Date: February 27, 2024<br><br>**[REDACTED]**<br><br>**[EXPEDITED  CONSIDERATION REQUESTED]** |

Defendant Sheri Jean Tanaka brings this Motion to Sever her trial in this matter from that of her co-defendants ("Motion").  She respectfully submits that severing her trial is required under the circumstances and existing case law.  As discussed more fully below, the factors used by federal courts to evaluate such requests weigh strongly in favor of severance. ██████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████  ██

████████████████████████████████████████████████████████

███████████████████████████████████████████

           ██████████████████████████████████

           ██████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

_____

█████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████████████████.



## **ARGUMENT**

Federal Rule of Criminal Procedure 14 provides that if a defendant or the government would be prejudiced by joinder of the defendants in a single trial, the District Court may "sever the defendants' trials, or provide any other relief that justice requires." Fed. R. Crim. P. 14(a).  The court must balance the interests of judicial economy against the risk of prejudice when deciding whether to grant a motion to sever.  *Zafiro v. United States*, 506 U.S. 534, 539 (1993).  Severance is appropriate "if there is a serious risk that a joint trial would compromise a specific trial right of one of the defendants, or prevent

the jury from making a reliable judgement about guilt or innocence." *Id.* at 539.  The test

for deciding to sever is "whether joinder is so manifestly prejudicial that it outweighs the

dominant concern with judicial economy and compels the exercise of the court's

discretion . . . ." *United States v. Kenny,* 645 F.2d 1232, 1435 (9th Cir. 1981).

████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████

        ████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

   ▪   ██████ ███ █████ ████████████ ██████ ████ ████ ████████
       ████████████ █████████████ ██████████████ ███████ ████
       ██████████ ██████████ ███████ █████████

        ████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████

DATED:  February 5, 2024            Respectfully submitted,

                                    HOLMES, ATHEY,
                                    COWAN & MERMELSTEIN LLP


                                    By: _/s/ Mark Mermelstein_____
                                        MARK MERMELSTEIN

                                    Attorneys for Defendant
                                    Sheri Jean Tanaka

# EXHIBIT 1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be served on the following counsel at their last known addresses by the CM/ECF system on the date indicated below.

MICHAEL G. WHEAT, ESQ.                *Attorneys for the United States of*
JOSEPH J.M. ORABONA, ESQ.             *America*
JANAKI G. CHOPRA, ESQ.
COLIN M. MCDONALD, ESQ.
ANDREW Y. CHIANG, ESQ.
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101
E-mail: michael.wheat@usdoj.gov
        joseph.orabona@usdoj.gov
        Janaki.Chopra@usdoj.gov
        Colin.McDonald@usdoj.gov
        Andrew.Chiang@usdoj.gov


CRYSTAL G. K. GLENDON                 *Attorney for Defendant Sheri Jean*
Glendon & Ponce, LLLC                 *Tanaka*
1001 Bishop St., Suite 710
Honolulu, Hawaii 96813
E-mail: crystal@glendonponce.com


BIRNEY B. BERVAR, ESQ.                *Attorney for Defendant Keith*
Bervar & Jones                        *Mitsuyoshi Kaneshiro*
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
E-mail: bbb@bervar-jones.com


NINA MARINO                           *Attorneys for Defendant Dennis*
JENNIFER LIESER                       *Kuniyuki Mitsunaga*
Kaplan Marino, PC
1546 N. Fairfax Avenue
Los Angeles, CA 90046
E-mail: marino@kaplanmarino.com
        lieser@kaplanmarino.com

JOHN M. SCHUM, ESQ.      ***Attorneys for Defendant Dennis***
Law Office of John Schum     ***Kuniyuki Mitsunaga***
P.O. Box 1241
Honolulu, Hawaii 96807
E-mail: John@JohnSchum.com


DORIS LUM, ESQ.        ***Attorney for Defendant Terri Ann***
Law Office of Doris Lum, LLLC   ***Otani***
1001 Bishop Street, Suite 710
Honolulu, Hawaii 96813
E-mail: doris@dorislumlaw.com


ANDREW M. KENNEDY, ESQ.  ***Attorney for Defendant Aaron***
Schlueter Kwiat & Kennedy LLLP  ***Shunichi Fujii***
Atrium Court
75-167 Kalani St, Ste. 201
Kailua Kona, HI 96740
E-mail: Andrew@kona-lawyer.com


THOMAS M. OTAKE, ESQ.    ***Attorney for Defendant Chad***
Thomas M. Otake AAL, ALC    ***Michael McDonald***
851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813
E-mail: thomas@otakelaw.com


DATED:  February 5, 2024      Respectfully submitted,

                          HOLMES, ATHEY,
                          COWAN & MERMELSTEIN LLP


                          By:  */s/ Mark Mermelstein*
                             MARK MERMELSTEIN

                             Attorneys for Defendant
                             Sheri Jean Tanaka