SEALED
BY ORDER OF THE COURT

UNSEALED BY ORDER OF THE COURT
DATE: 2/17/2026, see ECF No. 5,
MC 26-00010 SASP-KJM

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF HAWAII

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>　　　　　　　　　Defendants. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Feb 06, 2024, 4:06 pm<br>Lucy H. Carrillo, Clerk of Court<br><br>Case No. 1:22-cr-00048-TMB-WRP<br><br>ORDER GRANTING TANAKA'S MOTION TO SEAL AND FOR PROTECTIVE ORDER<br>**(DKT. 400)**<br><br>**\*\*FILED UNDER SEAL\*\*** |

　　　On February 5, 2024, Defendant Sheri Jean Tanaka filed under seal a "Motion to Seal and for Protective Order" (the "Motion").[1]

　　　First, Tanaka seeks to file under seal "(1) This Motion Itself; (2) Unredacted Motion to Continue Trial; (3) Unredacted Motion to Sever Trial; (4) *Ex Parte* Motion for *In Camera* Review; and (5) the Court's Order on this Motion," (collectively, the "Sensitive Documents").[2] Tanaka avers that the Sensitive Documents "reference or allude to a sensitive ongoing non-public criminal investigation, including the details of the execution of a search warrant on

---

[1] Dkt. 400 (Motion to Seal and for Protective Order).
[2] *Id.* at 2.

Ms. Tanaka's residence."[3] She further submits that "[i]t is necessary to file the Sensitive Document[s] under seal in order to comply with the Court's Order" on January 26, 2024,[4] which ordered that any reference to the Government's sealed Notice[5] "shall be filed under seal under further order of the Court."[6]

Second, Tanaka requests that the Court issue a protective order that restricts access to the Sensitive Documents, any documents filed in response to the Sensitive Documents, and any resulting Order of the Court to the attorneys of record in this case (i.e., for "Attorneys' Eyes Only").[7]

Third, Tanaka requests that the Court order any responses to the Sensitive Documents, or any other documents that reference the Sensitive Documents, be filed under seal until further Order of the Court.[8]

The Court finds that the interest of confidentiality in the details outlined in the Sensitive Documents outweighs the public's interest in open proceedings. Therefore, the Court finds good cause to file the Sensitive Documents and any responsive documents under seal and restrict access of these documents to the attorneys of record in this case.

---

[3] *Id.* at 3.
[4] *Id.*
[5] *See* Dkt. 356 (Sealed Notice).
[6] *See* Dkt. 357 (Order).
[7] Dkt. 400 at 4.
[8] *Id.*

Accordingly, the Court GRANTS the Motion and hereby ORDERS:

1. The Sensitive Documents shall be filed under seal;

2. The Sensitive Documents and any documents filed in response to the Sensitive Documents are subject to a protective order such that they shall be filed under seal and restricted to the attorneys of record in this case (i.e., for "Attorneys' Eyes Only"); and

3. Any other documents that reference the Sensitive Documents shall be filed under seal until further Order of the Court. Counsel is still required to file a Motion for Leave to File Under Seal for each such filing pursuant to Hawaii Local Criminal Rule 5.2(b).

IT IS SO ORDERED.

DATED:   February 6, 2024.

/s/ *Timothy M. Burgess*
_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE