**SEALED**
**BY ORDER OF THE COURT**

UNSEALED BY ORDER OF THE COURT
DATE: 2/17/2026, see ECF No. 5,
MC 26-00010 SASP-KJM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 12, 2024, 11:33 am
Lucy H. Carrillo, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>                Defendants. | Case No. 1:22-cr-00048-TMB-NC<br><br>ORDER GRANTING<br>DEFENDANTS' MOTION FOR<br>LEAVE TO FILE UNDER SEAL<br>**(DKT. 410)**<br><br>**\*\*FILED UNDER SEAL\*\*** |

      On February 8, 2024, Defendants Keith Mitsuyoshi, Dennis Kuniyuki Mitsunaga, Terri Ann Otani, Aaron Shunichi Fujii, and Chad Michael McDonald (the "Defendants") jointly filed under seal a "Motion for Leave to File Under Seal" (the "Motion to Seal").[1]

      First, the Defendants seek to file under seal "(1) This Motion Itself; (2) Unredacted Joinder to Defendant Sheri J. Tanaka's Under Seal Motion to Sever Trial from Co-Defendants; (3) Unredacted Response In Opposition to Defendant Sheri J. Tanaka's Sealed Motion to Continue Trial Date; [and] (4) the Court's Order on this Motion," (collectively, the "Sensitive Documents").[2] The Defendants state

---

[1] Dkt. 410 (Motion to Seal).
[2] *Id.* at 2.

that "[t]he Sensitive Documents discuss, refer, cite, or allude to under seal materials in connection with an ongoing non-public criminal investigation, the disclosure of which may jeopardize the investigation itself as well as the safety o[f] witnesses."[3] They further argue that "[p]ublic access to information concerning open proceedings is outweighed by the necessity of confidentiality in the details of the Sensitive Documents."[4]

The Court finds that the interest of confidentiality in the details outlined in the Sensitive Documents outweighs the public's interest in open proceedings. Therefore, the Court finds good cause to permit the Defendants to file the Sensitive Documents under seal and, pursuant to the Court's sealed Order at Docket 403,[5] restrict access to the Sensitive Documents to the attorneys of record in this case (i.e., for "Attorneys' Eyes Only").

Accordingly, the Court GRANTS the Motion to Seal and hereby ORDERS that the Sensitive Documents shall be filed under seal.

IT IS SO ORDERED.

DATED:   February 12, 2024.

/s/ *Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

---

[3] *Id.* at 3.
[4] *Id.*
[5] Dkt. 403 (Sealed Order Granting Tanaka's Motion to Seal) at 3.