PS8 HIPS-SUP-L-PETITN-01 (06.12)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 15, 2024, 2:55 pm
Lucy H. Carrillo, Clerk of Court

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. SHERI JEAN TANAKA          CRIMINAL NO. 22-00048TMB-NC

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erin Patrick, U.S. Probation Officer, presenting an official report upon the conduct of defendant SHERI JEAN TANAKA, who was placed under pretrial release supervision by the Honorable Wes Reber Porter sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since October 14, 2022.

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

> Pursuant to 18 U.S.C § 3154(5), that the defendant may pose a danger to any other person or the community.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth for a Bail Review Hearing.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 15th day of February, 2024 and ordered filed and made a part of the records in the above case. | Executed on: February 15, 2024 |
| /s/ NATHANAEL COUSINS<br>U.S. Magistrate Judge<br>Designated to D. of Hawaii | /s/ ERIN PATRICK<br>U.S. Probation Officer<br><br>Place: Honolulu, Hawaii |