```
TARA K. MCGRATH
United States Attorney
SHAUNA R. PREWITT
Special Attorney for the United States
Illinois Bar No. 6300593
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7937
Email: shauna.prewitt@usdoj.gov
```

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR No. 22-00048-TMB-NC |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| KEITH MITSUYOSHI KANESHIRO (1), DENNIS KUNIYUKI MITSUNAGA (2), TERRI ANN OTANI (3), AARON SHUNICHI FUJII (4), CHAD MICHAEL MCDONALD (5), SHERI JEAN TANAKA (6), | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as co-counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should also be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Andrew Chiang.

| | |
|---|---|
| 1 | Colin M. McDonald |
| 2 | Janaki Gandhi Chopra |
| 3 | Joseph J.M. Orabona |
| 4 | Michael Wheat. |

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

NONE.

DATED: February 23, 2024

                                                Respectfully submitted,

                                                TARA K. MCGRATH
                                                United States Attorney

                                                <u>*/s/ Shauna R. Prewitt*</u>
                                                SHAUNA R. PREWITT
                                                Special Attorney for the United States