Case 1:22-cr-00048-TMB-NC Document 454 Filed 02/23/24 Page 1 of 2 PageID.8317
Case 1:22-cr-00048-TMB-NC Document 431 *SEALED* Filed 02/15/24 Page 2 of 2 PageID.7960
AO 83 (Rev.06/09) Summons in a Criminal Case (Page 2)

Case No. CR 22-00048TMB-NC

**FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII**
**FEB 23 2024**
Lucy H. Carrillo, Clerk

## PROOF OF SERVICE

This summons was received to me on (date) __2/23/2024__ at __2__ o'clock and __30__ min. __PM__

☑ I personally served the summons on this defendant __Sheri Jean Tanaka__ at (place) __300 Ala Moana Blvd. Courtroom 6 Hon. HI 96850__ On (date) __2/23/2024__;

or

☐ On (date) _____ I left the summons at the individuals residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to (name of individual) _____, who is authorized to receive service of process on behalf of (name of organization) _____ on (date) _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare that under penalty of perjury that this information is true.

Date returned: _____

_____
Server's Signature

__Eric Kalima  DUSM__
Printed name and title

Remarks: Be advised the room stated Courtroom 'Aha Nonoi but informed Ms. Tanaka the hearing will be held in Courtroom 6.

2

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

SHERI JEAN TANAKA

SUMMONS IN A CRIMINAL CASE

Case Number: CR 22-00048TMB-NC

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>Courtroom 'AHA NONOI |
|---|---|
| Before: NATHANAEL COUSINS, United States Magistarte Judge | Date and Time<br>FEBRUARY 23, 2024, 10:30 am |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
BAIL REVIEW HEARING

Lucy H. Carrillo , Clerk of Court
Name and Title of Issuing Officer

/s/ Lucy H. Carrillo by AG
Signature of Issuing Officer/Deputy Clerk

02/15/2024
Date