BERVAR & JONES
Attorneys at Law
A Law Partnership

BIRNEY B. BERVAR #5482

1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: (808) 550-4990
Fax: (808) 550-4991
Email: bbb@bervar-jones.com

Attorney for Defendant
KEITH M. KANESHIRO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | Case No. CR 22-00048 TMB-NC |
|---|---|
| Plaintiff, | DEFENDANT KEITH M. KANESHIRO'S WITNESS LIST; CERTIFICATE OF SERVICE |
| vs. | |
| KEITH M. KANESHIRO (1), | Date: March 12, 2024<br>Time: 8:30 a.m.<br>Judge: Timothy B. Burgess |
| Defendant. | |

### **DEFENDANT KEITH M. KANESHIRO'S WITNESS LIST**

Defendant, Keith Kaneshiro may call the following witnesses at trial in this matter.

1. Scott Bell

2. Jacob Delaplane

3. Roger Lau

4. Dwight Nadamoto

5. Carol Nakamura

6. Lynn Nishiki

7. Chasid Sapolu

8. Myron Takemoto

9. Loren Thomas

10. Custodian of Records

Hawaii Campaign Spending Commission.

Defendant Keith Kaneshiro reserves the right to name and call additional witnesses as the evidence at trial may warrant.

DATED: Honolulu, Hawaii, March 6, 2024.

/s/ Birney B. Bervar
BIRNEY B. BERVAR
Attorney for Defendant
KEITH M. KANESHIRO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH M. KANESHIRO (1),<br><br>Defendant. | CR. NO.: 22-00048 JMS<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that a true correct copy of the foregoing document was duly served electronically upon the following via the CM/ECF System:

TO:

    MICHAEL G. WHEAT, ESQ.
    JOSEPH J.M. ORABONA, ESQ.
    JANAKI G. CHOPRA, ESQ.
    COLIN M. MCDONALD, ESQ.
    ANDREW Y. CHIANG, ESQ.
    United States Attorney's Office 880 Front Street, Room 6293 San Diego, California 92101
    E-mail: michael.wheat@usdoj.gov

    joseph.orabona@usdoj.gov
    Janaki.Chopra@usdoj.gov
    Colin.McDonald@usdoj.gov
    Andrew.Chiang@usdoj.gov
    Attorneys for the United States of America

CRYSTAL G. K. GLENDON
Glendon & Ponce,
LLLC 1001 Bishop St., Suite 710
Honolulu, Hawaii 96813
E-mail: crystal@glendonponce.com
Attorney for Defendant Sheri Jean Tanaka

Mark Mermelstein
Andrew S. Cowan
HOLMES, TAYLOR, ATHEY, COWAN,
MERMELSTEIN & JONES LLP
811 Wilshire Boulevard, Suite 1460
LosAngeles, California 90017
Email:
mmermelstein@holmestaylor.com
acowan@holmestaylor.com
Attorneys for Defendant Sheri Jean Tanaka

THOMAS OTAKE, ESQ.
841 Bishop Street, suite 2201
Honolulu, Hawaii 96813
Email: thomas@otakelaw.com
Attorney for Chad McDonald

JOHN M. SCHUM, ESQ.
Law Office of John Schum
P.O. Box 1241
Honolulu, Hawaii 96807
Email: john@johnschrum.com
Attorney for Defendant Dennis Mitsunaga

NINA MARINO
JENNIFER LIESER
KAPLAN MARINO
1546 N. Fairfax Ave.
Los Angeles, California 90046
Email: marino@kaplanmarino.com
Attorneys for Defendant Dennis Kuniyuki Mitsunaga

DORIS LUM, ESQ.
Law Office of Doris Lum, LLLC
1001 Bishop Street, Suite 710
Honolulu, Hawaii 96813
E-mail: doris@dorislumlaw.com

Attorney for Defendant Terri Ann Otani

ANDREW KENNEDY, ESQ.
75-167 Kalani St, ste. 201
Kailua- Kona, Hawaii 96746
E-mail: andrew@kona-lawyers.com
Attorney for Defendant Aaron Shunichi Fujii


DATED: Honolulu, Hawaii, March 6, 2024.

        /s/ Birney B. Bervar
        BIRNEY B. BERVAR
        Attorney for Defendant
        KEITH M. KANESHIRO