THOMAS M. OTAKE. AAL ALC
841 Bishop Street, Suite 2201
Honolulu Hawaii 96813
Attorney at Law
Telephone No.   (808) 523-3325
Electronic mail:  thomas@otakelaw.com

Attorney for Defendant
CHAD MCDONALD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | CR. No. 22-00048-TMB |
|---|---|
| vs. | DEFENDANT CHAD MCDONALD'S WITNESS LIST FOR TRIAL and CERTIFICATE OF SERVICE |
| CHAD MCDONALD, | |
| Defendant. | |

DEFENDANT CHAD MCDONALD'S WITNESS LIST FOR TRIAL

Defendant Chad McDonald, by and through counsel, Thomas M. Otake, hereby submits his witness list for trial in the above-captioned matter.  Mr. McDonald also joins in the witness lists filed by all other Defendants and the Government in this case.

DATED:  Honolulu, Hawaiʻi, March 6, 2024.

> Respectfully submitted by:
>
> By:  /s/ Thomas M. Otake
>      THOMAS M. OTAKE
>
> Attorney for Defendant
> CHAD MCDONALD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| *UNITED STATES vs. KEITH KANESHIRO, et al* | **DEFENDANT CHAD MCDONALD'S WITNES LIST FOR TRIAL** |
| **CR. No. 22-00048-TMB** | |

| **Presiding Judge** | **Plaintiff's Attorneys** | **Defendants' Attorneys** |
|---|---|---|
| Honorable Judge Timothy M. Burgess | Michael Wheat, AUSA<br>Andrew Chiang, AUSA<br>Colin McDonald, AUSA<br>Joseph Orabona, AUSA | Birney Bervar, Esq.<br>Nina Marino, Esq.<br>Doris Lum, Esq.<br>Andrew Kennedy, Esq.<br>Thomas Otake, Esq.<br>Mark Mermelstein, Esq. |

## **WITNESS LIST**

1. Chad McDonald

2. Jacob Delaplane

3. Chasid Sapolu

4. Myron Takemoto

5. Any individual identified in discovery provided by the Government

6. Any individual included on the witness lists filed by the Government and all Co-Defendants in this case

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO 22-00048 JMS |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| CHAD MCDONALD. | |
| Defendants. | |

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of DEFENDANT CHAD MCDONALD'S WITNESS LIST have been duly served upon the following at their last known addresses by the CM/ECF system on the date indicated below.

4

MICHAEL G. WHEAT, ESQ.
JOSEPH J.M. ORABONA, ESQ.
JANAKI G. CHOPRA, ESQ.
COLIN M. MCDONALD, ESQ.
ANDREW Y. CHIANG, ESQ.
United States Attorney's Office 880 Front Street, Room 6293
San Diego, California 92101
E-mail:
michael.wheat@usdoj.gov
joseph.orabona@usdoj.gov
Janaki.Chopra@usdoj.gov
Colin.McDonald@usdoj.gov
Andrew.Chiang@usdoj.gov

Attorneys for the United States of America

CRYSTAL G. K. GLENDON
Glendon & Ponce,
LLLC 1001 Bishop St., Suite 710
Honolulu, Hawaii 96813
E-mail: crystal@glendonponce.com

Mark Mermelstein
Andrew S. Cowan
HOLMES, TAYLOR, ATHEY, COWAN,
MERMELSTEIN & JONES LLP
811 Wilshire Boulevard, Suite 1460
LosAngeles, California 90017
Email:
mmermelstein@holmestaylor.com
acowan@holmestaylor.com

Attorneys for Defendant Sheri Jean Tanaka

BIRNEY B. BERVAR, ESQ.
Bervar & Jones
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
E-mail: bbb@bevar-jones.com

Attorney for Defendant Keith Mitsuyoshi Kaneshiro

JOHN M. SCHUM, ESQ.
Law Office of John Schum
P.O. Box 1241 Honolulu, Hawaii 96807
E-mail: John@JohnSchum.com


NINA MARINO
JENNIFER LIESER
KAPLAN MARINO
1546 N. Fairfax Ave.
Los Angeles, California 90046

Attorneys for Defendant Dennis Kuniyuki Mitsunaga

DORIS LUM, ESQ.
Law Office of Doris Lum, LLLC
1001 Bishop Street, Suite 710
Honolulu, Hawaii 96813
E-mail: doris@dorislumlaw.com

Attorney for Defendant Terri Ann Otani

ANDREW KENNEDY

Attorney for Defendant Aaron Shunichi Fujii


DATED:  March 6, 2024; Honolulu, Hawaii,


/S/ THOMAS M. OTAKE
_____

THOMAS M. OTAKE

Attorney for Chad McDonald