MERRICK B. GARLAND
Attorney General
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
Joseph.Orabona@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>    Defendants. | CR No. 22-00048-TMB-NC<br><br>NOTICE OF UNITED STATES'<br>PROPOSED THIRD JUROR<br>QUESTIONNAIRE |

The United States, through its counsel, hereby files its proposed third juror questionnaire.

Please **PRINT** your full name: _____
(First)                    (Middle)                    (Last)

### *SUPPLEMENTAL QUESTIONNAIRE*

Please answer the question as <u>accurately</u>, <u>fully</u> and <u>honestly</u> as possible. <u>There are no right or wrong answers and you will not get in trouble for answering honestly.</u>


   Thank you for your time, patience and cooperation.

JUDGE TIMOTHY M. BURGESS


<u>Question</u>

   Since January, when you completed your juror questionnaire here in court, what have you heard, seen, or read about this case or case participants?

**It is important for the parties to know <u>all</u> the details you have heard, seen, or read. Please take your time to search your memory and provide a full account of what you recall.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The United States will send a version of its proposed third juror questionnaire in Word format to the Court.

Dated: March 6, 2024.                     Respectfully submitted,

                                          MERRICK GARLAND
                                          Attorney General

                                          /s/ *Joseph J.M. Orabona*
                                          MICHAEL G. WHEAT
                                          JOSEPH J.M. ORABONA
                                          JANAKI S. GANDHI
                                          COLIN M. MCDONALD
                                          ANDREW Y. CHIANG
                                          Special Attorneys to the Attorney General

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 22-00048 TMB-NC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| KEITH MITSUYOSHI KANESHIRO (1), DENNIS KUNIYUKI MITSUNAGA (2), TERRI ANN OTANI (3), AARON SHUNICHI FUJII (4), CHAD MICHAEL MCDONALD (5), SHERI JEAN TANAKA (6), | |
| Defendants. | |

IT IS HEREBY CERTIFIED that:

I, Joseph Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2024.

s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Special Attorney to the Attorney General

4