Mark Mermelstein (CA SBN 208005)
Andrew S. Cowan (CA SBN 165435)
HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Telephone: (213) 985-2200
Fax: (213) 973-6282
Email: mmermelstein@holmesathey.com
acowan@holmesathey.com

Attorneys for Defendant Sheri Jean Tanaka

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>     v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>                       Defendants. | Case No. CR-22-00048-TMB-NC<br><br>**DEFENDANT SHERI J. TANAKA'S WITNESS LIST; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Timothy M. Burgess<br>Trial Date: March 12, 2024 |

## **WITNESS LIST FOR DEFENDANT SHERI TANAKA**

Defendant Sheri Tanaka may call the following witnesses at trial in this matter:

1. Alivado, Rudy
2. Ball, Christopher
3. Branco, Vernon
4. Chong, Andrew
5. Delaplane, Jacob
6. Kalani, Keith
7. Kamaka, Edgar
8. Koya, Arnold
9. Manutai, Claire
10. Mau, Laurel
11. Nakamura, Carol
12. Nishiki, Lynn
13. Nishioka, Kyle
14. Osaki, Carl
15. Sakuda, Robert
16. Santana, Kenneth
17. Sapolu, Chasid
18. Sato, Darrin
19. Taguchi, Lynn

20. Takemoto, Myron

21. Tanaka, Craig

22. Tanaka, Sheri

23. Ueno, Thomas

24. Uriu, Hisako

25. Uyema, Fine

26. Wong, Steven

27. Wong, William

28. Yoshikawa, Dean

29. Young, Kaiemi

Defendant Tanaka reserves the right to call any individuals listed on any other witness list.

DATED: March 6, 2024

Respectfully submitted,

HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP


By: */s/ Mark Mermelstein*
     MARK MERMELSTEIN

Attorneys for Defendant
Sheri Jean Tanaka

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel at their last known addresses by the CM/ECF system on the date indicated below.

| | |
|---|---|
| MICHAEL G. WHEAT, ESQ.<br>JOSEPH J.M. ORABONA, ESQ.<br>JANAKI G. CHOPRA, ESQ.<br>COLIN M. MCDONALD, ESQ.<br>ANDREW Y. CHIANG, ESQ.<br>United States Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, California 92101<br>E-mail: michael.wheat@usdoj.gov<br>         joseph.orabona@usdoj.gov<br>         Janaki.Chopra@usdoj.gov<br>         Colin.McDonald@usdoj.gov<br>         Andrew.Chiang@usdoj.gov | *Attorneys for the United States of America* |
| CRYSTAL G. K. GLENDON<br>Glendon & Ponce, LLLC<br>1001 Bishop St., Suite 710<br>Honolulu, Hawaii 96813<br>E-mail: crystal@glendonponce.com | *Attorney for Defendant Sheri Jean Tanaka* |
| BIRNEY B. BERVAR, ESQ.<br>Bervar & Jones<br>1100 Alakea Street, 20th Floor<br>Honolulu, Hawaii 96813<br>E-mail: bbb@bervar-jones.com | *Attorney for Defendant Keith Mitsuyoshi Kaneshiro* |
| NINA MARINO<br>JENNIFER LIESER<br>Kaplan Marino, PC<br>1546 N. Fairfax Avenue<br>Los Angeles, CA 90046<br>E-mail: marino@kaplanmarino.com<br>         lieser@kaplanmarino.com | *Attorneys for Defendant Dennis Kuniyuki Mitsunaga* |

| | |
|---|---|
| JOHN M. SCHUM, ESQ.<br>Law Office of John Schum<br>P.O. Box 1241<br>Honolulu, Hawaii 96807<br>E-mail: John@JohnSchum.com | ***Attorneys for Defendant Dennis Kuniyuki Mitsunaga*** |
| DORIS LUM, ESQ.<br>Law Office of Doris Lum, LLLC<br>1001 Bishop Street, Suite 710<br>Honolulu, Hawaii 96813<br>E-mail: doris@dorislumlaw.com | ***Attorney for Defendant Terri Ann Otani*** |
| ANDREW M. KENNEDY, ESQ.<br>Schlueter Kwiat & Kennedy LLLP<br>Atrium Court<br>75-167 Kalani St, Ste. 201<br>Kailua Kona, HI 96740<br>E-mail: Andrew@kona-lawyer.com | ***Attorney for Defendant Aaron Shunichi Fujii*** |
| THOMAS M. OTAKE, ESQ.<br>Thomas M. Otake AAL, ALC<br>851 Fort Street Mall, Suite 400<br>Honolulu, Hawaii 96813<br>E-mail: thomas@otakelaw.com | ***Attorney for Defendant Chad Michael McDonald*** |

DATED:  March 6, 2024            Respectfully submitted,

                                  HOLMES, ATHEY,
                                  COWAN & MERMELSTEIN LLP

                            By:   */s/ Mark Mermelstein*
                                  MARK MERMELSTEIN

                              Attorneys for Defendant
                              Sheri Jean Tanaka