MERRICK B. GARLAND
Attorney General
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
Colin.McDonald@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>　　　　　Defendants. | CR No. 22-00048-TMB-NC<br><br>THE UNITED STATES'<br>AMENDED WITNESS LIST |

　　　　The United States, through its counsel, hereby files its amended witness list for the trial in this matter. Accordingly, attached hereto is a witness list in alphabetical order by last name.

## UNITED STATES' AMENDED WITNESS LIST
Type of Hearing: <u>Jury Trial</u>
Trial Starts: <u>March 12, 2024</u>

| | | | | |
|---|---|---|---|---|
| 1. | AT&T | | 21. | Jodee Haugh |
| 2. | Rudy Alivado | | 22. | Sarah Houghtailing |
| 3. | Shannon Alivado | | 23. | Adrianne Ho |
| 4. | Joann Aurello | | 24. | William Hoshijo |
| 5. | Rodney Aurello | | 25. | Sam Hyun |
| 6. | Tony Baldomero | | 26. | Susong Hyun |
| 7. | Christopher Ball | | 27. | Susan Ichinose |
| 8. | Armina Ching | | 28. | Keith Kalani |
| 9. | Gloria Bediamol | | 29. | Cary Kanemoto |
| 10. | Scott Bell | | 30. | Marcus Kawatachi |
| 11. | Thomas Brady | | 31. | Ann Kobayashi |
| 12. | Vernon Branco | | 32. | Rodney Lee |
| 13. | Andrew Chong | | 33. | Elwood Like |
| 14. | Casey Cook | | 34. | Cyrel Lozano |
| 15. | Jake Delaplane | | 35. | Howard Luke |
| 16. | Lester Fukuda | | 36. | Karrie Maeda |
| 17. | Hilary Gangnes | | 37. | Michael Mallon |
| 18. | Yevgeny Ginzburg | | 38. | Stanford Masui |
| 19. | Nick Grube | | 39. | Gilbert Matsumoto |
| 20. | Nelson Hara | | 40. | Laurel Mau |

| | | | |
|---|---|---|---|
| 41. | Lucy Mau | 63. | Phillip Snoops |
| 42. | Stanley Murata | 64. | Lynn Taguchi |
| 43. | Dwight Nadamoto | 65. | Xena Takahashi |
| 44. | Carol Nakamura | 66. | Kevin Takata |
| 45. | Kyle Nakamura | 67. | Clyde Takatsuki |
| 46. | Lynn Nishiki | 68. | Nelson Tanaka |
| 47. | Glenn Okino | 69. | Allen Teshima |
| 48. | Ross Okuda | 70. | Loren Thomas |
| 49. | Carl Osaki | 71. | Teuane Tominaga |
| 50. | Laurice Otsuka | 72. | Christopher Van Marter |
| 51. | Clarence Pacarro | 73. | Verizon |
| 52. | Charles Parker | 74. | Wendy Watanabe |
| 53. | Olophius Perry | 75. | Mark Wong |
| 54. | Carole Richelieu | 76. | William Wong |
| 55. | Robert Sakuda | 77. | Lillian Wong |
| 56. | Laura Salazar | 78. | Kalfred Wong |
| 57. | Chasid Sapolu | 79. | Garren Yoshioka |
| 58. | Darrin Sato | 80. | Lowen Young |
| 59. | Brian Scanlan | 81. | Kaiemi Shimabuku Young |
| 60. | Wesley Segawa | 82. | Gordon Zane |
| 61. | Maryssa Shigesato | | |
| 62. | Rick Sing | | |

Dated: March 19, 2024.				Respectfully submitted,

						MERRICK GARLAND
						Attorney General

						/s/ *Colin M. McDonald*
						MICHAEL G. WHEAT
						JOSEPH J.M. ORABONA
						JANAKI S. GANDHI
						COLIN M. MCDONALD
						ANDREW Y. CHIANG
						Special Attorneys to the Attorney General

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>            Defendants. | Cr. No. 22-00048 TMB-NC<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Colin McDonald, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2024.

s/ *Colin M. McDonald*
COLIN M. MCDONALD
Special Attorney to the Attorney General
