MERRICK B. GARLAND
Attorney General
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
Colin.McDonald@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>Defendants. | CR No. 22-00048-TMB-NC<br><br>UNITED STATES' AMENDED EXHIBIT LIST |

The United States, through its counsel, hereby files its amended exhibit list, with a general description of the exhibits the United States may seek to admit in its case-in-chief. The United States reserves the right to supplement the exhibit list during trial, as evidence is admitted. Any changes will be brought to the attention of the Court and counsel promptly and any additional exhibits will be provided. For ease of reference, Attachment A to this filing identifies each exhibit added. These exhibits have already been provided to the Court and counsel (and placed in the binders in the courtroom).

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 01-00 | Certificates of Authenticity | | | |
| 01-01 | Akala Group LLC | | | |
| 01-02 | Credit Request | | | |
| 01-03 | Signature Card for Kole Group | | | |
| 01-04 | Credit Card App for Kole Group | | | |
| 01-05 | Check to Dennis Mitsunaga | | | |
| 01-06 | Greenwaves LLC Reports | | | |
| 01-07 | Likeke Associates LLC Reports | | | |
| 01-08 | Ualehua Group LLC Reports | | | |
| 01-09 | Alivado Statement | | | |
| 02-00 | Certificate of Authenticity | | | |
| 02-01 | Aurello Family Checks to Ozawa | | | |
| 02-02 | Otani Text Message to J Aurello | | | |
| 02-03 | Otani Voicemail to Aurello | | | |
| 04-00 | Certificate of Service | | | |
| 04-01 | KMK-July-Sept 2010 | | | |
| 04-02 | KMK-Sept 2010 | | | |
| 04-03 | KMK-Oct-Nov 2010 | | | |
| 04-04 | KMK-Nov-Dec 2010 | | | |
| 04-05 | KMK-Jan-June 2011 | | | |
| 04-06 | KMK July-Dec 2011 | | | |
| 04-07 | KMK Jan-June 2012 | | | |
| 04-08 | KMK July 2012 | | | |
| 04-09 | KMK July-Aug 2012 | | | |
| 04-10 | KMK Aug-Oct 22 2012 | | | |
| 04-11 | KMK Oct 23 2012-Nov 6 2012 | | | |
| 04-12 | KMK Nov 7 2012-Dec 31 2012 | | | |
| 04-13 | KMK Jan-June 2013 | | | |
| 04-14 | KMK July-Dec 2013 | | | |
| 04-15 | KMK Jan-June 2014 | | | |
| 04-16 | KMK July-Dec 2014 | | | |
| 04-17 | KMK Jan-June 2015 | | | |
| 04-18 | KMK July-Dec 2015 | | | |
| 04-19 | Otani Excess to KMK | | | |
| 04-20 | KMK Jan-Oct 24 2016(A) | | | |
| 04-21 | KMK Oct 25-Nov 8 2016 | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 04-22 | KMK Nov 9-Dec 31 2016 | | | |
| 04-23 | KMK Jan-June 2017 | | | |
| 04-24 | KMK July-Dec 2017 | | | |
| 04-25 | Candidate Committee | | | |
| 04-26 | Candidate Committee | | | |
| 04-27 | Candidate Committee | | | |
| 04-28 | Candidate Committee | | | |
| 04-29 | Candidate Committee | | | |
| 04-30 | Candidate Committee | | | |
| 04-31 | Candidate Committee | | | |
| 04-32 | Candidate Committee | | | |
| 05-01 | Email from Chasid Sapolu | | | |
| 05-02 | Circuit Court Appeal Form | | | |
| 05-03 | Memo to File | | | |
| 06-01 | Email from Nakamura | | | |
| 06-02 | Email from D Koga | | | |
| 06-03 | Duties and Responsibilitites | | | |
| 06-04 | Delaplane email to Branco-Declaration | | | |
| 06-05 | Branco Declaration-Signed - 11.26.2014 | | | |
| 06-06 | Email from Delaplane | | | |
| 06-07 | Filed Declaration of Branco | | | |
| 06-08 | Summary Report | | | |
| 06-09 | Top Cop Nomination | | | |
| 06-10 | Email from Nakamura | | | |
| 08-01 | HDT Memorandum | | | |
| 08-02 | HTD Certified Letter to LJM | | | |
| 08-03 | HDT Certified Letter to LJM | | | |
| 08-04 | HDT Notes Re LJM | | | |
| 08-05 | LJM Tax Records Pulled By HDT | | | |
| 08-06 | HDT Closing Memo | | | |
| 09-00 | Certificate of Authenticity | | | |
| 09-01 | Letter to Kaneshiro from Jason Kawabata | | | |
| 09-02 | Letter to Kaneshiro from Roy Sugimoto | | | |
| 09-03 | Letter to Kaneshiro from L Kealoha | | | |
| 09-04 | Email-Hire Dates for Named Defendants | | | |
| 09-05 | Organization Chart | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 09-06 | Process of Prosecuting Cases | | | |
| 09-07 | Email to Tanaka | | | |
| 09-08 | Email from Tanaka | | | |
| 09-09 | Email From Tanaka | | | |
| 09-10 | Email from Tanaka | | | |
| 09-11 | Email From Tanka | | | |
| 09-12 | Email From Tanaka Closing | | | |
| 09-13 | Email From Tanaka-Closing Attach | | | |
| 09-14 | Email From Tanaka | | | |
| 09-15 | Email From Tanaka-LJM Timesheets Attach | | | |
| 09-16 | Email From Tanaka | | | |
| 09-17 | Email From Tanaka-LJM Timesheets Attach | | | |
| 09-18 | Email From Tanaka | | | |
| 09-19 | Email From Tanaka | | | |
| 09-20 | Email From Tanaka-Excerpts of MAI Handbook Attach | | | |
| 09-21 | Email From Tanaka | | | |
| 09-22 | Email From Tanaka-Spreadsheet Attach | | | |
| 09-23 | Email from Tanaka | | | |
| 09-24 | Email from Tanaka-Spreadsheet Attachment | | | |
| 09-25 | Email from Tanaka | | | |
| 09-26 | Email from Tanaka | | | |
| 09-27 | Email from Tanaka | | | |
| 09-28 | Email to Tanaka | | | |
| 09-29 | Email from Tanaka | | | |
| 09-30 | Delaplane Email Notes | | | |
| 09-31 | Email From Tanaka | | | |
| 09-32 | Email From Tanaka-Otani Dec Attach | | | |
| 09-33 | Email to Tanaka | | | |
| 09-34 | State v Atwood Attach | | | |
| 09-35 | Email from Delaplane to Tanaka- Sample Declarations | | | |
| 09-36 | Attach to 10-30 Email | | | |
| 09-37 | Attach to 10-30 Email | | | |
| 09-38 | Email to C Nakamura | | | |
| 09-39 | Email From Tanaka | | | |
| 09-40 | Tanaka Email: Decl. of Chad McDonald and Exs 1-8 | | | |
| 09-41 | Attach. Decl. Chad McDonald | | | |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 09-42 | Email Thread: Decl. of Chad McDonald (Exs 9-13) | | | |
| 09-43 | Tanaka Email: Decl. of Chad McDonald (Slightly Revised) | | | |
| 09-44 | Email From Tanaka-McDonald Dec Attach | | | |
| 09-45 | Email From Tanaka | | | |
| 09-46 | Email From Tanaka-McDonald Dec Attach | | | |
| 09-47 | Tanaka Email: Decl. of Chad McDonald (Ex 14) | | | |
| 09-48 | Tanaka Email: Decl. of Chad McDonald (Exs 15 to 20) | | | |
| 09-49 | Tanaka Email: Decl. of Chad McDonald (Exs 15 to 20) | | | |
| 09-50 | Tanaka Email: Decl. of Chad McDonald (Ex 21) | | | |
| 09-51 | Tanaka Email: Decl. of Chad McDonald (Exs 22 to 28) | | | |
| 09-52 | Tanaka Email: Decl. of Chad McDonald (Ex 29) | | | |
| 09-53 | Tanaka Email: Decl. of Chad McDonald (Exs 30-32) | | | |
| 09-54 | Tanaka Email: Decl. of Chad McDonald (Exs 33-34) | | | |
| 09-55 | Delaplane email: charging document | | | |
| 09-56 | Email Attachment: Unfiled Information | | | |
| 09-57 | Delaplane Email: hpd report numbers | | | |
| 09-58 | Email thread: Info Charging | | | |
| 09-59 | Delaplane email to K Wong | | | |
| 09-60 | Delaplane email to self | | | |
| 09-61 | Delaplane Email to Tanaka: Decl. of Vernon Branco | | | |
| 09-62 | Attach- Branco Declaration | | | |
| 09-63 | Memo Re: Information Charging to Oahu Intake Service Center | | | |
| 09-64 | Delaplane email to Branco: Updated Declaration | | | |
| 09-65 | Attach: Branco Decl. | | | |
| 09-66 | Delaplane Email to Ching: Charging doc for Laurel Mau | | | |
| 09-67 | Attach: LJM Information | | | |
| 09-68 | Email to Donna Kaneshiro | | | |
| 09-69 | Felony Information File Jacket | | | |
| 09-70 | Felony Information Against Laurel J. Mau | | | |
| 09-71 | Exhibits in Support of Felony Information | | | |
| 09-72 | Chad McDonald Filed Declaration | | | |
| 09-73 | Aaron Fujii Filed Declaration | | | |
| 09-74 | Terri Otani Filed Declaration | | | |
| 09-75 | Vernon Filed Branco Declaration | | | |
| 09-76 | Arrest Warrant for Laurel Mau | | | |
| 09-77 | Laurel Mau Bond Paperwork | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 09-78 | Email thread: Jake's Case | | | |
| 09-79 | Delaplane email to Tanaka: Felony Information Charge | | | |
| 09-80 | Attachment: Mau filed Charging | | | |
| 09-81 | Delaplane email: mau follow-up | | | |
| 09-82 | Email thread: Laurel J. Mau | | | |
| 09-83 | Email to Self | | | |
| 09-84 | Email thread: Laurel Mau (FYI... AP is scheduled for Monday) | | | |
| 09-85 | Yoshimura Complaint | | | |
| 09-86 | Delaplane email to self: mau charging | | | |
| 09-87 | Email Attachment | | | |
| 09-88 | Memo to Commission Re: Ethics Complaint | | | |
| 09-89 | Judicial Ethics Complaint Final | | | |
| 09-90 | Memo to Commission | | | |
| 09-91 | Order Re Mandamus Petition | | | |
| 09-92 | Keith Kaneshiro Media Release Re Gambling Case | | | |
| 09-93 | Kealoha Email: Hey there! | | | |
| 09-94 | Delaplane response email: Re: Hey there! | | | |
| 11-00 | Certificate of Authenticity | | | |
| 11-01 | Emails with Terri Otani | | | |
| 11-02 | Friends of Trevor Ozawa Check | | | |
| 11-03 | Check to Kaneshiro for Prosecutor | | | |
| 11-04 | Otani Checks | | | |
| 11-05 | Otani Voicemail to Haugh | | | |
| 12-00 | Certificate of Authenticity | | | |
| 12-01 | Hyun Check | | | |
| 12-02 | Letter to Wheat | | | |
| 14-01 | Emails LJM and Kalani re Loo project | | | |
| 14-02 | Emails LJM and Kalani re Loo project | | | |
| 14-03 | Email LJM cc Kalani re Loo project | | | |
| 14-04 | Emails LJM and Kalani re Loo project | | | |
| 14-05 | Emails LJM and Kalani re Loo project | | | |
| 14-06 | Emails re Loo project | | | |
| 14-07 | Email from Wong to LJM, Kalani | | | |
| 14-08 | Email thread re Loo project | | | |
| 14-09 | Email thread re Loo project | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 14-10 | Email thread with Otani after Mau's Departure | | | |
| 14-11 | Letter from LJM to HPU re Science Labs Annex | | | |
| 14-12 | Conversation btwn Kalani and Fujii | | | |
| 14-13 | Letter from Santant to HPU re Science Labs Annex | | | |
| 14-14 | Email from Santana to Kalani | | | |
| 14-15 | Binder 1 Notes | | | |
| 14-16 | Notes Phone Conv. with K. Wong | | | |
| 14-17 | Notes Re K. Wong | | | |
| 15-01 | Photo at Fundraiser | | | |
| 15-02 | FY2011 Budget Excerpt | | | |
| 15-03 | FY2012 Budget Excerpt | | | |
| 15-04 | FY2013 Budget Excerpt | | | |
| 15-05 | FY2014 Budget Excerpt | | | |
| 15-06 | FY2015 Budget Excerpt | | | |
| 15-07 | FY2016 Budget Excerpt | | | |
| 15-08 | FY2017 Budget Excerpt | | | |
| 15-09 | FY2018 Budget Excerpt | | | |
| 15-10 | FY2019 Budget Excerpt | | | |
| 16-01 | Email from Steve Wong to Rodney Lee | | | |
| 17-01 | Email to C Nakamura | | | |
| 17-02 | Email to K Wong | | | |
| 18-01 | Lozano Incident Detail | | | |
| 18-02 | Photograph of 91-544 Awakumoku St | | | |
| 18-03 | Photograph of Precision Moving and Storage | | | |
| 18-04 | HPD Report No. 12-258968 | | | |
| 18-05 | Attachment to HPD Report No. 12-258968 | | | |
| 21-00 | Certificate of Authenticity | | | |
| 21-01 | Masui Notice of Claim | | | |
| 21-02 | Letter from Tanaka | | | |
| 21-03 | Letter to Tanaka | | | |
| 21-04 | Letter from Tanaka | | | |
| 21-05 | Letter to Tanaka | | | |
| 21-06 | Letter from Tanaka | | | |
| 21-07 | Letter to Tanaka | | | |
| 21-08 | Letter to Masui | | | |
| 21-09 | Letter from Tanaka | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 21-10 | Letter to Tanaka | | | |
| 21-11 | Letter from Tanaka | | | |
| 21-12 | Letter to Tanaka | | | |
| 21-13 | Email from Tanaka | | | |
| 21-14 | Email to C Osaki | | | |
| 21-15 | Tanaka Email to Masui | | | |
| 21-16 | Dec of T Otani | | | |
| 21-17 | Mtn for Summary Judgment | | | |
| 21-17a | Mtn for Summary Judgment-Excerpt | | | |
| 22-00 | Certificate of Authenticity | | | |
| 22-01 | Check to G Matsumoto | | | |
| 23-00 | Certificate of Authenticity | | | |
| 23-01 | Letter from Dennis Mitsunaga | | | |
| 23-02 | Letter from Dennis Mitsunaga | | | |
| 23-03 | LJM Letter to Dennis Mitsunaga | | | |
| 23-04 | Attachment to Letter from LJM to Mitsunaga | | | |
| 23-05 | Attachment to Letter from LJM to Mitsunaga | | | |
| 23-06 | Letter from Dennis Mitsunaga to LJM | | | |
| 23-07 | Letter from LJM to Mitsunaga | | | |
| 23-08 | Mitsunaga Memo to Mau - 11-2-2011 | | | |
| 23-09 | Mau Response to Mitsunaga - 11-10-2011 | | | |
| 23-10 | Sheri Tanaka Letter to Mau - 11-25-2011 | | | |
| 23-11 | Bail Advertisement | | | |
| 23-12 | Bail Advertisement | | | |
| 23-13 | Bail Mailing | | | |
| 23-14 | Bail Mailing | | | |
| 23-15 | Arrest Warrant for Laurel Mau | | | |
| 23-16 | Arrest Photo of Laurel Mau | | | |
| 23-17 | Laurel Mau Bail/Bond Receipt and Notice to Appear | | | |
| 23-18 | Courthouse photo | | | |
| 23-19 | Courthouse photo | | | |
| 23-20 | Courthouse photo | | | |
| 23-21 | Courthouse photo | | | |
| 23-22 | Courthouse photo | | | |
| 23-23 | Courthouse photo | | | |
| 23-24 | Courthouse photo | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 23-25 | Courthouse photo | | | |
| 23-26 | Courthouse photo | | | |
| 23-27 | Courthouse photo | | | |
| 23-28 | Courthouse photo | | | |
| 23-29 | Courthouse photo | | | |
| 23-30 | Courthouse photo | | | |
| 23-31 | Courthouse photo | | | |
| 23-32 | Video Clip 1 of Mau's Initial Appearance | | | |
| 23-33 | Screenshot of Clip 1 - Tanaka at Initial Appearance | | | |
| 23-34 | Video Clip 2 of Mau's Initial Appearance | | | |
| 23-35 | Video Clip 3 of Mau's Initial Appearance | | | |
| 23-36 | Full Clip 1 - Mau's Initial Appearance | | | |
| 23-37 | Full Clip 2 - Mau's Initial Appearance | | | |
| 23-38 | Full Clip 3 - Mau's Initial Appearance | | | |
| 23-39 | Mau Response to Production of Documents | | | |
| 23-40 | Chris Ball Letter to Mau | | | |
| 23-41 | Oshita Window Covering - Sales Order | | | |
| 23-42 | Lighting Concepts and Design - Sales Order | | | |
| 23-43 | Proposal - One Waterfront | | | |
| 23-44 | Home Depot Customer Invoice | | | |
| 23-45 | Letter Re Endo Residence - 4-13-2007 | | | |
| 23-46 | Notice of Right to Sue | | | |
| 23-47 | Nehoa Street Attach | | | |
| 23-48 | Nehoa Street Attach | | | |
| 23-49 | Nehoa Street Attach | | | |
| 23-50 | Permits Attach | | | |
| 23-51 | DPP Permit Docs Attach | | | |
| 23-52 | Drawings for Nehoa Street Attach | | | |
| 23-53 | Receipt with MAI Attach | | | |
| 23-54 | Letter to D. Sato | | | |
| 23-55 | Drawings for Rudy Alivado Project | | | |
| 23-56 | Photo of 45-616 Nohomalu Place | | | |
| 23-57 | Photo of 45-616 Nohomalu Place | | | |
| 23-58 | LJM check register and statement | | | |
| 23-59 | LJM check register and statement | | | |
| 23-60 | Keith Kalani Email | | | |

Cr. No. 22-048-TMB-NC

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 23-61 | Wo & Sons Invoice | | | |
| 23-62 | Excerpt of Mau Testimony - 7-16-2014 | | | |
| 23-63 | Excerpt of Mau Testimony - 7-16-2014 | | | |
| 23-64 | LJM Waiver of Extradition Signed 2017-05-11 | | | |
| 23-65 | Photo of 240 Keawe | | | |
| 23-66 | Photo of 474 Amana | | | |
| 23-67 | Mau Bond Receipt | | | |
| 23-68 | Order Pertaining to Bail | | | |
| 23-69 | Horiba Residence Project | | | |
| 23-70 | MAI Phone List | | | |
| 23-71 | 1164 Bishop Street | | | |
| 25-01 | Clip 01 Inaguration | | | |
| 25-02 | Screenshot of Inauguration Video | | | |
| 25-03 | Clip 02 Inaguration | | | |
| 25-04 | Request and Assignment for Investigative Services | | | |
| 25-05 | DPA Request for Services | | | |
| 25-06 | Request and Assignment for Investigative Services | | | |
| 25-07 | Email- Re- Mitsunaga | | | |
| 25-08 | Nadamoto Email to Kaneshiro with Memo Attached | | | |
| 25-09 | Nadamoto Request for Services | | | |
| 26-01 | DPA PowerPoint | | | |
| 26-02 | Photo of Keith Kaneshiro and Carol Nakamura | | | |
| 26-03 | Photo | | | |
| 26-04 | Email thread between Otani and Nakamura | | | |
| 26-05 | Email from Sheri Tanaka | | | |
| 26-06 | Email from Sheri Tanaka | | | |
| 26-07 | Email from Sheri Tanaka | | | |
| 26-08 | Letter from Sheri Tanaka 1.22.2013 | | | |
| 26-09 | Letter from Sheri Tanaka 2.27.2013 | | | |
| 26-10 | Email from Sheri Tanaka | | | |
| 26-11 | Calendar Meeting with Sheri Tanaka | | | |
| 26-12 | Letter from Sheri Tanaka 7.17.2013 | | | |
| 26-13 | Email from Sheri Tanaka | | | |
| 26-14 | Calendar Meeting with Dwight and Kalford | | | |
| 26-15 | Calendar Invite to Dwight and Kalford | | | |
| 26-16 | Email from Terri Otani | | | |

Case No. 22-0048-TMB-NC

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 26-17 | Calendar Entry-Meeting with Mitsunaga | | | |
| 26-18 | Email from Nakamura to Nadamoto | | | |
| 26-19 | Email from Carol Nakamura | | | |
| 26-20 | Email from Carol Nakamura | | | |
| 26-21 | Letter from Fujii 6.4.2014 | | | |
| 26-22 | Email from Carol Nakamura | | | |
| 26-23 | Email from Carol Nakamura | | | |
| 26-24 | Email from Carol Nakamura | | | |
| 26-25 | Email from Carol Nakamura | | | |
| 26-26 | Email form Carol Nakamura | | | |
| 26-27 | Email from Carol Nakamura | | | |
| 26-28 | Email from Carol Nakamura | | | |
| 26-29 | Carol Nakamura January 2016 Calendar | | | |
| 26-30 | Email from Sheri Tanaka | | | |
| 26-31 | Email from Carol Nakamura | | | |
| 26-32 | Email from Carol Nakamura | | | |
| 26-33 | Email from Lynn Nishiki | | | |
| 26-34 | Email From Tanaka | | | |
| 26-35 | Kaneshiro Handwritten Notes | | | |
| 26-36 | Photo of Ann Kobayashi and Terri Otani | | | |
| 26-37 | Current Organizational Chart | | | |
| 26-38 | DPA Notes | | | |
| 26-39 | DPA Phone Numbers | | | |
| 26-40 | Manoa Photo 1 | | | |
| 26-41 | Manoa Photo 2 | | | |
| 26-42 | Manoa Photo 3 | | | |
| 27-00 | Certificate of Authenticity | | | |
| 27-01 | Change of Ownership TS Bank | | | |
| 28-01 | Email from Kaneshiro | | | |
| 28-02 | Attachment from Kaneshiro Email | | | |
| 28-03 | Fukusaku Calendar | | | |
| 28-04 | Dwight and Kalford Meeting Calendar | | | |
| 28-05 | Email from Kaneshiro re Appeal Request Procedures | | | |
| 28-06 | Email from Kaneshiro re Evidence Suppressed | | | |
| 28-07 | Email from Kaneshiro re Nakasone Ruling | | | |
| 29-00 | Certificates of Authenticity | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 29-01 | Articles of Incorporation | | | |
| 29-02 | MAI Mastercard App | | | |
| 29-03 | MAI Corp Signature Card | | | |
| 29-04 | Annual Report | | | |
| 29-05 | Email from Tim Chang | | | |
| 29-06 | Okino Political Contributions 2010-2020 | | | |
| 31-01 | A. Fujii Statement to Claims Investigator | | | |
| 31-02 | MAI Letter to Honolulu Claims Office | | | |
| 31-03 | MAI Letter to Honolulu Claims Office | | | |
| 31-04 | Fujii Declaration | | | |
| 31-05 | Tanaka Email to Osaki | | | |
| 31-06 | EEOC Notice of Right to Sue | | | |
| 31-07 | LJM Complaint | | | |
| 31-08 | Letter to Tanaka | | | |
| 31-08a | Email to Tanaka | | | |
| 31-09 | Email from Osaki to Tanaka | | | |
| 31-10 | Proof of Service | | | |
| 31-11 | Answer to LJM Complaint | | | |
| 31-12 | Tanaka Letter to Osaki | | | |
| 31-13 | Response to First Request for Answer | | | |
| 31-14 | MAI Counterclaim against LJM | | | |
| 31-15 | Email from Tanaka | | | |
| 31-16 | Second Request for Answers | | | |
| 31-17 | Email from Tanaka | | | |
| 31-18 | Letter to Tanaka | | | |
| 31-19 | Tanaka Letter to Judge Hifo | | | |
| 31-20 | Email to Tanaka | | | |
| 31-21 | Email from Tanaka | | | |
| 31-22 | Email from Tanaka | | | |
| 31-23 | Email from Tanaka | | | |
| 31-24 | Email from Tanaka | | | |
| 31-25 | Email from Tanaka | | | |
| 31-26 | Email from Tanaka | | | |
| 31-27 | Email to Tanaka | | | |
| 31-28 | Email to Tanaka | | | |
| 31-29 | Tanaka Declaration in Federal Case | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 31-29a | Exh 01 to Tanaka Dec | | | |
| 31-29b | Exh 02 to Tanaka Dec | | | |
| 31-29c | Exh 03 to Tanaka Dec | | | |
| 31-29d | Exh 04 to Tanaka Dec | | | |
| 31-29e | Exh 11 to Tanaka Dec | | | |
| 31-29f | Exh 12 to Tanaka Dec | | | |
| 31-29g | Exh 15 to Tanaka Dec | | | |
| 31-29h | Exh 17 to Tanaka Dec | | | |
| 31-29i | Exh 20 to Tanaka Dec | | | |
| 31-30 | Transcript re Motion to Modify Amended Rule 16 | | | |
| 31-31 | Excerpts from LJM Deposition | | | |
| 31-32 | Excerpts from LJM Deposition | | | |
| 31-33 | Sheri Tanaka Motion in Limine to Exclude Reference to 21 Month Investigation | | | |
| 31-34 | Excerpts from LJM Trial Testimony | | | |
| 31-35 | Excerpts from LJM Trial Testimony | | | |
| 31-36 | Excerpt 01 Otani Trial Testimony | | | |
| 31-37 | Excerpt 02 Otani Trial Testimony | | | |
| 31-38 | Excerpt 03 Otani Trial Testimony | | | |
| 31-39 | Rudy Alivado Testimony Civil Trial | | | |
| 31-40 | Excerpt of Chad McDonald Trial Transcript | | | |
| 31-41 | Dismissal of Conversion Claim | | | |
| 31-42 | Sheri Tanaka Closing Argument Excerpt Civil Trial | | | |
| 31-43 | Special Verdict Form | | | |
| 31-44 | Judgment in a Civil Case | | | |
| 31-45 | Letter From Tanaka | | | |
| 31-46 | Email from Sheri Tanaka | | | |
| 31-47 | Return of Evidence | | | |
| 31-48 | Osaki Letter and Check to Tanaka | | | |
| 31-49 | Chronology | | | |
| 31-50 | Answering Brief | | | |
| 31-51 | Email to Howard Luke | | | |
| 31-52 | MAI Opening Brief | | | |
| 31-53 | Reply Brief in Unemployment Case | | | |
| 31-54 | Order Dismissing Appeal | | | |
| 31-55 | Charge of Discrimination | | | |

Case 1:22-cr-00048-TMB-NC

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 31-56 | Notice of Dismissal and Right to Sue | | | |
| 31-57 | Notice of Filing of Discrimination Complaint | | | |
| 31-58 | Map | | | |
| 31-59 | Check to Sheri Tanaka | | | |
| 31-60 | Check to Sheri Tanaka_One Dollar | | | |
| 31-61 | Check to Sheri Tanaka_One Cent | | | |
| 31-62 | Email from Sheri Tanaka | | | |
| 31-63 | Response to Second Request for Docs | | | |
| 32-00 | Certificate of Authenticity | | | |
| 32-01 | Chart-Political Contribution Limits | | | |
| 32-02 | Chart-MAI Contributions to Kaneshiro | | | |
| 32-03 | Chart-Checks from Territorial Bank | | | |
| 32-04 | Deposit of Checks on 10/22/2015 | | | |
| 32-05 | Chart-MAI Contributions 2010-2020 | | | |
| 32-06 | Chart-Otani & Aurello Contributions to Kaneshiro | | | |
| 32-07 | Chart-Terri Otani & Aurello Family Contributions | | | |
| 32-08 | Chart-Haugh Haugh Disbursements | | | |
| 32-09 | Chart-Haugh Political Contributions | | | |
| 32-10 | Chart-Aurello Family Contributions | | | |
| 32-11 | Chart-Otani & Family Contributions | | | |
| 32-12 | Chart-Otani & Kobayashi Contrinbutions | | | |
| 32-13 | Chart-MAI Contributions to Kobayashi | | | |
| 32-14 | Chart-Otani Gambling & Contributions | | | |
| 32-15 | Chart-Alivado & MAI Contributions | | | |
| 32-16 | Chart-Cary Kanemoto Contributions | | | |
| 32-17 | Chart & Letter re Ben Cayetano | | | |
| 32-18 | Chart-MAI Officers Compensation | | | |
| 32-19 | Chart-MAI Officers Comp & Contributions | | | |
| 32-20 | Chart-MAI Entities | | | |
| 32-21 | Chart-MAI Entities-Shindo | | | |
| 32-22 | Chart-Shindo Contributions | | | |
| 32-23 | Check | | | |
| 32-24 | Checks | | | |
| 32-25 | Check to Friends of Trevor Ozawa | | | |
| 32-26 | Check to D Mitsunaga | | | |
| 32-27 | Territorial Savings Bank Checks Combined | | | |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 32-28 | Takata v. Kaneshiro Contributions | | | |
| 33-01 | 2014 Duty Judge Roster | | | |
| 34-01 | Declaration of A Fujii in Unemployment Case | | | |
| 34-02 | Decision State of Hawaii | | | |
| 34-03 | First Employment Ruling | | | |
| 34-04 | Summary State of Hawaii | | | |
| 34-05 | Tanaka Letter Fujii and Nakatsuka Decs Attached | | | |
| 34-06 | Proceedings - Otani Testimony | | | |
| 34-07 | Richelieu Order of Appeals Office | | | |
| 34-08 | Appeals Hearing Transcript | | | |
| 34-09 | Pages from Appeals Hearing Transcript | | | |
| 34-10 | Pages from Appeals Hearing Transcript | | | |
| 35-01 | Laurel Mau Video 1 | | | |
| 35-02 | Laurel Mau Video 2 | | | |
| 35-03 | Laurel Mau Video 3 | | | |
| 35-04 | Video | | | |
| 35-05 | Photo - 1164 Bishop Street | | | |
| 35-06 | Photo - Screenshot of Sakuda Video | | | |
| 35-07 | Photo - Screenshot of Sakuda Video | | | |
| 35-08 | Photo - Screenshot of Sakuda Video | | | |
| 36-01 | Photo of Defendants | | | |
| 36-02 | MAI Signature Card | | | |
| 36-03 | Aaron Fujii TECS | | | |
| 37-01 | DPA PBK Database for Mau Case | | | |
| 37-02 | Sapolu-Note to Self | | | |
| 37-03 | LJM Notes re Discovery from MAI | | | |
| 37-04 | MvMIA Correspondence Folder | | | |
| 37-05 | Email with Sheri Tanaka | | | |
| 37-06 | Sapolu-Gmail to Self | | | |
| 37-07 | Emails with Sheri Tanaka | | | |
| 37-08 | Draft Opp to LJM Dismissal & Notes | | | |
| 37-09 | Email from Sheri Tanaka | | | |
| 37-10 | Sapolu-Gmail to Self | | | |
| 37-11 | Email from Sheri Tanaka | | | |
| 37-12 | Email from Sheri Tanaka | | | |
| 37-13 | Email from Sing re Sheri Tanaka | | | |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 37-14 | Emails with Sheri Tanaka | | | |
| 37-15 | DPA Opposition to Dismiss Case | | | |
| 37-16 | Email from Sheri Tanaka | | | |
| 37-17 | Sapolu-Gmail to Self | | | |
| 37-18 | Email from Intern re Mau | | | |
| 37-19 | Email from Armina Ching re Mau | | | |
| 37-20 | Sapolu-Gmail to Self | | | |
| 37-21 | Email to Rudy Alivado | | | |
| 37-22 | Sapolu-Notes re Mau | | | |
| 37-23 | JEFS efling notice to Sapolu | | | |
| 37-24 | JEFS efling notice to Sapolu | | | |
| 37-25 | JEFS efling notice to Sapolu | | | |
| 37-26 | Sapolu Notes re Mau Dismissmal | | | |
| 37-27 | DPA Opposition to Dismiss Case | | | |
| 37-28 | JEFS efling notice to Sapolu | | | |
| 37-29 | Email to Scott Bell | | | |
| 37-30 | Email from Ct re Mau Hearing | | | |
| 37-31 | Email from Rick Sing | | | |
| 37-32 | Emails with Appeals | | | |
| 37-33 | Letter to Judge Nakasone | | | |
| 37-34 | Order Granting Dismissal with Prejudice | | | |
| 37-35 | JEFS efiling notice to Sapolu | | | |
| 37-36 | Email re DPA Appeals | | | |
| 37-37 | Appeal Memo by Sapolu | | | |
| 37-38 | Email from Taketa re Appeal Denial | | | |
| 37-39 | Circuit Court Evaluation Form | | | |
| 37-40 | Photo Sapolu & Kaneshiro | | | |
| 37-41 | Branco Declaration | | | |
| 37-42 | Felony Information | | | |
| 40-00 | Certificate of Authenticity | | | |
| 40-01 | ATT Phone Tolls - Oct. 2012 | | | |
| 40-02 | Phone Chart 1 - DM and KK | | | |
| 40-03 | Sprint Phone Tolls - March 2014 | | | |
| 40-04 | Sprint Phone Tolls - June 2014 | | | |
| 40-05 | Phone Chart 2 - SJT and KK | | | |
| 40-06 | ATT Phone Tolls  - Oct. 2015 | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 40-07 | Phone Chart 3: DM and Carol Nakamura | | | |
| 40-08 | Verizon Phone Tolls: July 2016 | | | |
| 40-09 | Verizon Phone Tolls: Oct. 2016 | | | |
| 40-10 | Verizon Phone Tolls: Aug. 2017 | | | |
| 40-11 | Phone Chart 4: SJT and Carol Nakamura | | | |
| 40-12 | Verizon Phone Tolls: July 2016 | | | |
| 40-13 | Phone Chart 5: SJT and Chasid Sapolu | | | |
| 40-14 | Phone Chart 6: Terri Otani and Nakamura | | | |
| 40-15 | Phone Chart 6: Dec. 14-16, 2014 Phone Log | | | |
| 40-16 | Phone Chart 7: Feb. 1, 2016 Phone Log | | | |
| 40-17 | Phone Chart 8: July 24-27, 2017 Phone Log | | | |
| 40-18 | Phone Chart 9: DM & SJT Phone Log | | | |
| 40-19 | Phone Chart 10: DM and Otani Phone Log | | | |
| 40-20 | Phone Chart 11: DM and Fujii Phone Log | | | |
| 40-21 | Phone Chart 12: DM and McDonald | | | |
| 40-22 | Phone Chart 13: Tanaka and Fujii Phone Log | | | |
| 40-23 | Phone Chart 14: DM and Alivado Phone Log | | | |
| 40-24 | Phone Chart 15: Tanaka and Alivado Phone Log | | | |
| 40-25 | Phone Chart 16: DM and Otani Phone Log 2 | | | |
| 40-26 | Phone Chart 17: DM and Fujii Phone Log 2 | | | |
| 40-27 | Phone Chart 18: DM and McDonald Phone Log 2 | | | |
| 40-28 | Phone Chart 19: DM and Tanaka Phone Log 2 | | | |
| 40-29 | Phone Chart 20: Tanaka and Fujii Phone Log 2 | | | |
| 40-30 | Phone Chart 21: Tanaka and McDonald Phone Log | | | |
| 40-31 | Phone Chart 22: Tanaka and Otani Phone Log | | | |
| 40-32 | Phone Chart 23: Tanaka and Koya Phone Log | | | |
| 40-33 | Phone Chart 24: Otani and Haugh Phone Log | | | |
| 40-34 | Phone Chart 25: Tanaka and DPA | | | |
| 40-35 | DM Tolls - July 2017 | | | |
| 40-36 | DM Tolls - Dec. 2014 | | | |
| 40-37 | Phone Tolls - Tanaka | | | |
| 40-38 | Phone List | | | |
| 40-39 | Subscriber - KMK Associates | | | |
| 40-40 | Subscriber - Rudy Alivado | | | |
| 40-41 | Verizon Tolls - Fujii | | | |
| 40-42 | Verizon Tolls - McDonald | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 40-43 | Verizon Tolls - Otani | | | |
| 41-00 | Certificate of Authenticity | | | |
| 41-01 | Docket Entries for LJM Criminal Case | | | |
| 41-02 | Minute Entries for LJM Criminal Case | | | |
| 41-03 | DPA Request for Disclosures from LJM | | | |
| 41-04 | Order Granting LJM Permission to Leave Jurisdiction | | | |
| 41-05 | Motion to Substitute Counsel | | | |
| 41-06 | Pretrial Bail Report for LJM | | | |
| 41-07 | Order Granting Request for Release | | | |
| 41-08 | Letter from Sapolu to Sing re Felony Info | | | |
| 41-09 | Motion to Continue Trial Week | | | |
| 41-10 | Stipulation to Allow LJM to Leave Jurisdiction | | | |
| 41-11 | Subpoena to MAI from Sing | | | |
| 41-12 | Order Releasing Sealed Affidavit and Exhs | | | |
| 41-13 | Sing Request to Access Sealed Affidavits | | | |
| 41-14 | Emails with Sapolu re Sealed Affidavits | | | |
| 41-15 | Discovery - Kalford Wong Reports | | | |
| 41-16 | LJM Motion to Leave Jurisdiction | | | |
| 41-17 | LJM Waiver of Extradition | | | |
| 41-18 | Order Granting LJM Motion to Leave Jurisdiction | | | |
| 41-19 | LJM Motion to Dismiss | | | |
| 41-20 | McDonald Declaration Support Info (Ex A to MTD) | | | |
| 41-21 | Fujii Declaration Support Info (Ex B to MTD) | | | |
| 41-22 | Otani Declaration Support Info (Ex C to MTD) | | | |
| 41-23 | Branco Declaration Support Info (Ex D to MTD) | | | |
| 41-24 | Discovery - Initial and Closing Report | | | |
| 41-25 | JEFS efiling notice to Sing | | | |
| 41-26 | Transcript of July 24 2017 MH | | | |
| 41-29 | Excerpt of HI v. Mau - Motion to Dismiss July 24, 2017 - Clip 03 | | | |
| 41-27 | Excerpt of HI v. Mau - Motion to Dismiss July 24, 2017 - Clip 01 | | | |
| 41-28 | Excerpt of HI v. Mau - Motion to Dismiss July 24, 2017 - Clip 02 | | | |
| 41-30 | Excerpt of HI v. Mau - Motion to Dismiss July 24, 2017 - Clip 04 | | | |
| 41-31 | Excerpt of HI v. Mau - Motion to Dismiss July 24, 2017 - Clip 05 | | | |
| 41-32 | Order Dismissing LJM Case with Prejudice | | | |
| 41-33 | JEFS efiling notice to Sing | | | |
| 41-34 | HI v. Mau - Motion to Dismiss July 24, 2017-FULL AUDIO | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 41-35 | Letter From Luke to Delaplane | | | |
| 41-36 | Letter From Luke to Delaplane | | | |
| 42-01 | Snoops Closing Report | | | |
| 42-02 | Snoops Follow Up Report | | | |
| 43-xx | Excerpt Taguchi Trial Testimony | | | |
| 43-xx | Excerpt Taguchi Deposition | | | |
| 44-01 | Email to Okino | | | |
| 44-02 | Email from Brittany Ross | | | |
| 44-03 | Letter from Mitsunaga | | | |
| 44-04 | Letter from Mitsunaga | | | |
| 46-01 | Notice for Payment of Fees | | | |
| 48-01 | Email to Kaneshiro et al. | | | |
| 48-02 | Email to Kaneshiro et al. | | | |
| 48-03 | Appeal Form and Memo | | | |
| 49-01 | Memo from Dennis | | | |
| 51-01 | Excerpt of AUDIO FILE - Aaron Fujii testimony before the Federal Grand Jury on February 04, 2021 - Clip 001 | | | |
| 51-02 | Excerpt of AUDIO FILE - Aaron Fujii testimony before the Federal Grand Jury on February 04, 2021 - Clip 002 | | | |
| 51-03 | Excerpt of AUDIO FILE - Aaron Fujii testimony before the Federal Grand Jury on February 04, 2021 - Clip 003 | | | |
| 51-04 | Excerpt of AUDIO FILE - Aaron Fujii testimony before the Federal Grand Jury on February 04, 2021 - Clip 004 | | | |
| 51-05 | Excerpt of AUDIO FILE - Aaron Fujii testimony before the Federal Grand Jury on February 04, 2021 - Clip 005 | | | |
| 51-06 | Excerpt of AUDIO FILE - Aaron Fujii testimony before the Federal Grand Jury on February 04, 2021 - Clip 006 | | | |
| 51-07 | Excerpt of AUDIO FILE - Aaron Fujii testimony before the Federal Grand Jury on February 04, 2021 - Clip 007 | | | |
| 51-08 | Excerpt of AUDIO FILE - Aaron Fujii testimony before the Federal Grand Jury on March 04, 2021 - Clip 001 | | | |
| 51-09 | Excerpt of AUDIO FILE - Aaron Fujii testimony before the Federal Grand Jury on March 04, 2021 - Clip 002 | | | |
| 51-10 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand Jury on June 24, 2021 - Clip 001 | | | |
| 51-11 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand Jury on June 24, 2021 - Clip 002 | | | |
| 51-12 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand Jury on June 24, 2021 - Clip 003 | | | |
| 51-13 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand Jury on June 24, 2021 - Clip 004 | | | |
| 51-14 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand Jury on June 24, 2021 - Clip 005 | | | |

Case No. 22-00048-TMB-NC
UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 51-15 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on June 24, 2021 - Clip 006 | | | |
| 51-16 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on June 24, 2021 - Clip 007 | | | |
| 51-17 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on June 24, 2021 - Clip 008 | | | |
| 51-18 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on June 24, 2021 - Clip 009 | | | |
| 51-19 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on June 24, 2021 - Clip 010 | | | |
| 51-20 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on June 24, 2021 - Clip 011 | | | |
| 51-21 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on June 24, 2021 - Clip 012 | | | |
| 51-22 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on July 15, 2021 - Clip 001 | | | |
| 51-23 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on July 15, 2021 - Clip 002 | | | |
| 51-24 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on July 15, 2021 - Clip 003 | | | |
| 51-25 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on July 15, 2021 - Clip 004 | | | |
| 51-26 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on July 15, 2021 - Clip 005 | | | |
| 51-27 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on July 15, 2021 - Clip 006 | | | |
| 51-28 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on July 15, 2021 - Clip 007 | | | |
| 51-29 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on August 26, 2021 - Clip 001 | | | |
| 51-30 | Excerpt of AUDIO FILE - Terri Otani testimony before the Federal Grand  Jury on August 26, 2021 - Clip 002 | | | |
| 51-31 | Excerpt of AUDIO FILE - Chad McDonald testimony before the Federal Grand  Jury on February 04, 2021 - Clip 001 | | | |
| 51-32 | Excerpt of AUDIO FILE - Chad McDonald testimony before the Federal Grand  Jury on February 04, 2021 - Clip 002 | | | |
| 51-33 | Excerpt of AUDIO FILE - Chad McDonald testimony before the Federal Grand  Jury on February 04, 2021 - Clip 003 | | | |
| 51-34 | Excerpt of AUDIO FILE - Chad McDonald testimony before the Federal Grand  Jury on March 04, 2021 - CLIP 01 | | | |
| 51-35 | Excerpt of AUDIO FILE - Chad McDonald testimony before the Federal Grand  Jury on March 04, 2021 - CLIP 02 | | | |
| 51-36 | Excerpt of AUDIO FILE - Chad McDonald testimony before the Federal Grand  Jury on March 04, 2021 - CLIP 03 | | | |
| 51-37 | Excerpt of AUDIO FILE - Chad McDonald testimony before the Federal Grand  Jury on March 04, 2021 - CLIP 04 | | | |
| 51-38 | Excerpt of AUDIO FILE - Chad McDonald testimony before the Federal Grand  Jury on March 04, 2021 - CLIP 05 | | | |
| 51-39 | Excerpt of AUDIO FILE - Chad McDonald testimony before the Federal Grand  Jury on March 04, 2021 - CLIP 06 | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 51-40 | Lois Mitsunaga GJ Audio - April 01, 2021 - CLIP 01 | | | |
| 51-41 | Lois Mitsunaga GJ Audio - April 01, 2021 - CLIP 02 | | | |
| 51-42 | Lois Mitsunaga GJ Audio - April 01, 2021 - CLIP 03 | | | |
| 51-43 | Lois Mitsunaga GJ Audio - April 15, 2021 - CLIP 01 | | | |
| 51-44 | Lois Mitsunaga GJ Audio - April 15, 2021 - CLIP 02 | | | |
| 51-45 | Lois Mitsunaga GJ Audio - April 15, 2021 - CLIP 03 | | | |
| 51-46 | Lois Mitsunaga GJ Audio - May 13, 2021 - CLIP 01 | | | |
| 51-47 | Lois Mitsunaga GJ Audio - May 13, 2021 - CLIP 02 | | | |
| 51-48 | Terri Otani GJ Audio-CLIP 01 | | | |
| 51-49 | Terri Otani GJ Audio-CLIP 02 | | | |
| 51-50 | Statement to GJ by L Mitsunaga | | | |
| 51-51 | Steven Wong's Statement | | | |
| 51-52 | Statement to GJ by L Mitsunaga | | | |
| 51-53 | Michelle McDonald Statement | | | |
| 51-54 | Arnold Koya Statement | | | |
| 51-55 | Ryan Shindo Statement | | | |
| 51-56 | Terri Otani Statement | | | |
| 51-57 | Joann Fujii | | | |
| 53-01 | Information - 21CR00041-DKW | | | |
| 53-02 | Judgment - 21CR00041-DKW | | | |
| 53-03 | Plea Agreement - 21CR00041-DKW | | | |
| 54-00 | Certificate of Authenticity | | | |
| 54-01 | Notice for Payment of Fees | | | |
| 54-02 | Handwriting Exemplars by L Wong | | | |
| 54-03 | Check from DM to L Wong | | | |
| 55-01 | Request for Services - 8-6-2013 | | | |
| 55-02 | Wong Report, 8-14-2013 | | | |
| 55-03 | Email to Elwood Like | | | |
| 55-04 | Adm Subpoena Request | | | |
| 55-05 | Wong Report, 9-30-2013 | | | |
| 55-06 | Wong Report, 10-31-2013 | | | |
| 55-07 | Wong Report, 11-29-2013 | | | |
| 55-08 | Email from Carla Fellez | | | |
| 55-09 | Wong Report, 1-2-2014 | | | |
| 55-10 | Wong Report, 3-12-2014 | | | |
| 55-11 | Wong Report, March 2014 | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 55-12 | Email From Sapolu | | | |
| 56-00 | Certificate of Authenticity | | | |
| 56-01 | Kanemoto and Yoshioka Check | | | |
| 58-00 | Certificate of Authenticity | | | |
| 58-01 | Terri Otani Tax Referral to HTD | | | |
| 58-02 | HDT Complaint Checklist and Evaluation | | | |
| 59-00 | MAI COA | | | |
| 59-01 | Fax from OnTheBall to LJM re side job | | | |
| 59-02 | Building Permit | | | |
| 59-03 | Building Permit | | | |
| 59-04 | Civil Drawings of Aloha Air Cargo | | | |
| 59-05 | Filed Declaration of Branco | | | |
| 59-06 | Accounts Payable MAI | | | |
| 59-07 | Accounts Payable Koya | | | |
| 59-08 | Check to C. McDonald | | | |
| 59-09 | Bonus Check to C. McDonald | | | |
| 59-10 | ATT Statement | | | |
| 59-11 | ATT Statement | | | |
| 59-12 | ATT Wireless Statement | | | |
| 59-13 | Bonus Check to C. McDonald | | | |
| 59-14 | Bonus Check to C. McDonald | | | |
| 59-15 | ATT Statement | | | |
| 59-16 | Structural Drawings for Rudy Alivado | | | |
| 59-17 | Bonus Check to C. McDonald | | | |
| 59-18 | Building Permit | | | |
| 59-19 | LJM's Timesheet | | | |
| 59-20 | MAI Records | | | |
| 60-01 | Civil Beat Article | | | |
| 60-02 | Email to C Nakamura from Nishiki re Nakasone Ruling | | | |
| 61-01 | Petition to Hawaii Federal Bar | | | |
| 64-01 | Election Clip 01 | | | |
| 64-02 | Election Clip 02 | | | |
| 64-03 | Screenshot of Debate | | | |
| 64-04 | 2012 Election-Full Video | | | |
| 69-00 | Certificate of Authenticity | | | |
| 69-01 | Fujii and L Mitsunaga Check | | | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 69-02 | Email From LJM to S Masui | | | |
| 69-03 | Email From LJM | | | |
| 69-04 | Email From LJM | | | |
| 69-05 | Email From K Kalani | | | |
| 69-06 | Check to LJM From Masui | | | |
| 69-07 | Email From K Kalani | | | |
| 69-08 | Email From S Masui | | | |
| 69-09 | Email From M Megia | | | |
| 69-10 | Email From K Kalani | | | |
| 69-11 | Email From LJM | | | |
| 69-12 | Email to Wong From LJM | | | |
| 69-13 | Email From S Masui | | | |
| 69-14 | Memo From D Mitsunaga | | | |
| 69-15 | Check From Taguchi | | | |
| 69-16 | Design Claim Decision | | | |
| 70-01 | Teshima Contract | | | |
| 70-02 | Teshima Check | | | |
| 70-03 | Email from Tanaka-E Kamaka Rogs Attachment | | | |
| 71-00 | Certificate of Authenticity | | | |
| 71-01 | Affidavit of Lowen Young | | | |
| 71-02 | Ilikai Hotel | | | |
| 71-03 | Mailbox 142-09 | | | |
| 71-04 | Serving D Mitsunaga-Video | | | |
| 72-00 | Certificate of Authenticity | | | |
| 73-01 | Articles of Incorporation - Precision | | | |
| 73-02 | Change of Mailing Address | | | |
| 73-03 | Change of Corp Officers | | | |
| 73-04 | DCCA Records | | | |
| 73-05 | DCCA Records | | | |

## ATTACHMENT A
## Exhibits Added

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 14-15 | Binder 1 Notes |
| 14-16 | Notes Phone Conv. with K. Wong |
| 14-17 | Notes Re K. Wong |
| 23-67 | Mau Bond Receipt |
| 23-68 | Order Pertaining to Bail |
| 23-69 | Horiba Residence Project |
| 23-70 | MAI Phone List |
| 23-71 | 1164 Bishop Street |
| 26-40 | Manoa Photo 1 |
| 26-41 | Manoa Photo 2 |
| 26-42 | Manoa Photo 3 |
| 31-59 | Check to Sheri Tanaka |
| 31-60 | Check to Sheri Tanaka_One Dollar |
| 31-61 | Check to Sheri Tanaka_One Cent |
| 31-62 | Email from Sheri Tanaka |
| 31-63 | Response to Second Request for Docs |
| 35-04 | Video |
| 35-05 | Photo – 1164 Bishop Street |
| 35-06 | Photo – Screenshot of Sakuda Video |
| 35-07 | Photo – Screenshot of Sakuda Video |
| 35-08 | Photo – Screenshot of Sakuda Video |
| 40-35 | DM Tolls – July 2017 |
| 40-36 | DM Tolls – Dec. 2014 |
| 40-37 | Phone Tolls – Tanaka |
| 40-38 | Phone List |
| 40-39 | Subscriber - KMK Associates |
| 40-40 | Subscriber – Rudy Alivado |
| 40-41 | Verizon Tolls – Fujii |
| 40-42 | Verizon Tolls – McDonald |
| 40-43 | Verizon Tolls – Otani |
| 53-01 | Information - 21CR00041-DKW |
| 53-02 | Judgment - 21CR00041-DKW |
| 53-03 | Plea Agreement - 21CR00041-DKW |
| 59-20 | MAI Records |
| 71-00 | Certificate of Authenticity |
| 71-01 | Affidavit of Lowen Young |
| 71-02 | Ilikai Hotel |

**ATTACHMENT A**
**Exhibits Added Cont.**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 71-03 | Mailbox 142-09 |
| 71-04 | Serving D. Mitsunaga – Video |
| 72-00 | Certificate of Authenticity |
| 73-01 | Articles of Incorporation - Precision |
| 73-02 | Change of Mailing Address |
| 73-03 | Change of Corp Officers |
| 73-04 | DCCA Records |
| 73-05 | DCCA Records |

Dated: March 20, 2024.           Respectfully submitted,

MERRICK GARLAND
Attorney General

/s/ *Colin M. McDonald*
MICHAEL G. WHEAT
JOSEPH J.M. ORABONA
JANAKI S. GANDHI
COLIN M. MCDONALD
ANDREW Y. CHIANG
Special Attorneys to the Attorney General

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 22-00048 TMB-NC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| KEITH MITSUYOSHI KANESHIRO (1), DENNIS KUNIYUKI MITSUNAGA (2), TERRI ANN OTANI (3), AARON SHUNICHI FUJII (4), CHAD MICHAEL MCDONALD (5), SHERI JEAN TANAKA (6), | |
| Defendants. | |

IT IS HEREBY CERTIFIED that:

I, Colin McDonald, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2024.

s/ *Colin M. McDonald*
COLIN M. MCDONALD
Special Attorney to the Attorney General