BERVAR & JONES
Attorneys at Law
A Law Partnership

BIRNEY B. BERVAR #5482

1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: (808) 550-4990
Fax: (808) 550-4991
Email:  bbb@bervar-jones.com

Attorney for Defendant
KEITH M. KANESHIRO

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO.: 22-00048 JMS |
| Plaintiff, | |
| vs. | DEFENDANT'S KEITH KANESHIRO'S OBJECTION TO UNITED STATES' NOTICE OF ANTICIPATED UPCOMING TRIAL EVIDENCE; CERTIFICATE OF SERVICE |
| KEITH M. KANESHIRO (1), | |
| Defendant. | |

## DEFENDANT'S KEITH KANESHIRO'S OBJECTION TO UNITED STATES' NOTICE OF ANTICIPATEDUPCOMING TRIAL EVIDENCE

Defendant Keith Kaneshiro objects to the government's attempt to

admit former Deputy Prosecuting Attorney Dwight Nadamoto's  14 page

memorandum declining prosecution of Laurel Mau.  The memorandum is

heresay. While the government claims that it is being offered for the effect on the listner/recipient Kaneshiro, that same purpose could be accomplished without the admission of the document but rather the admission of evidence that Nadamoto had declined the case.  Instead, the government seeks to admit the full memorandum, eliminating their need to call Nadamoto as a witness. Called as a witness, Nadamoto can personally explain his reasoning.

The limiting instruction offered by the government, indeed any limiting instruction, is insufficient to cure the heresay prejudice of the complete memorandum.  If just the fact of the memorandum, but not its detailed contents, is admitted, then the proposed limiting instruction would suffice.

It should be noted that the government notice states that they would attempt to introduce the memorandum through Lynn Nishiki, a witness who has already testified and has been excused.

DATED:  Honolulu, Hawaii, <u>March 25, 2024.</u>

/s/ Birney B. Bervar
BIRNEY B. BERVAR
Attorney for Defendant
KEITH M. KANESHIRO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO.: 22-00048 JMS |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| KEITH M. KANESHIRO (1), | |
| Defendant. | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true correct copy of the

foregoing document was duly served electronically upon the following via the CM/ECF System:

TO:

MICHAEL G. WHEAT, ESQ.
JOSEPH J.M. ORABONA, ESQ.
JANAKI G. CHOPRA, ESQ.
COLIN M. MCDONALD, ESQ.
ANDREW Y. CHIANG, ESQ.
United States Attorney's Office 880 Front Street, Room
6293 San Diego, California 92101
E-mail: michael.wheat@usdoj.gov

joseph.orabona@usdoj.gov
Janaki.Chopra@usdoj.gov
Colin.McDonald@usdoj.gov
Andrew.Chiang@usdoj.gov
Attorneys for the United States of America

CRYSTAL G. K. GLENDON
Glendon & Ponce,
LLLC 1001 Bishop St., Suite 710
Honolulu, Hawaii 96813
E-mail: crystal@glendonponce.com
Attorney for Defendant Sheri Jean Tanaka

Mark Mermelstein
Andrew S. Cowan
HOLMES, TAYLOR, ATHEY, COWAN,
MERMELSTEIN & JONES LLP
811 Wilshire Boulevard, Suite 1460
LosAngeles, California 90017
Email:
mmermelstein@holmestaylor.co
m acowan@holmestaylor.com
Attorneys for Defendant Sheri Jean Tanaka

THOMAS OTAKE, ESQ.
841 Bishop Street, suite 2201
Honolulu, Hawaii 96813
Email: thomas@otakelaw.com
Attorney for Chad McDonald

JOHN M. SCHUM, ESQ.
Law Office of John Schum
P.O. Box 1241
Honolulu, Hawaii 96807
Email: john@johnschrum.com
Attorney for Defendant Dennis Mitsunaga

NINA MARINO
JENNIFER LIESER
KAPLAN MARINO
1546 N. Fairfax Ave.
Los Angeles, California 90046
Email: marino@kaplanmarino.com
Attorneys for Defendant Dennis Kuniyuki Mitsunaga

DORIS LUM, ESQ.
Law Office of Doris Lum, LLLC
1001 Bishop Street, Suite 710
Honolulu, Hawaii 96813
E-mail: doris@dorislumlaw.com

Attorney for Defendant Terri Ann Otani

ANDREW KENNEDY, ESQ.
75-167 Kalani St, ste. 201
Kailua- Kona,  Hawaii 96746
E-mail: andrew@kona-lawyers.com
Attorney for Defendant Aaron Shunichi Fujii


DATED:  Honolulu, Hawaii,  March 25, 2024.

/s/ Birney B. Bervar
BIRNEY B. BERVAR
Attorney for Defendant
KEITH M. KANESHIRO