Andrew M. Kennedy (HI SBN 009734)
Andrew@kona-lawyer.com
Schlueter Kwiat & Kennedy LLLP
Atrium Court
75-167 Kalani St, Ste. 201
Kailua Kona, HI 96740
*Attorney for Defendant*
*Aaron Shunichi Fujii*

Birney B. Bervar (HI SBN 005482)
bbb@bevar-jones.com
Bervar & Jones
1100 Alakea Street, 20th Floor
Honolulu, HI 96813
*Attorney for Defendant*
*Keith Mitsuyoshi Kaneshiro*

Nina Marino (CA SBN 142815)
marino@kaplanmarino.com
Kaplan Marino, PC
1546 N. Fairfax Avenue
Los Angeles, CA 90046
*Attorney for Defendant*
*Dennis Kuniyuki Mitsunaga*

Doris Lum (HI SBN 008365)
doris@dorislumlaw.com
Law Office of Doris Lum, LLLC
1001 Bishop Street, Suite 710
Honolulu, HI 96813
*Attorney for Defendant*
*Terri Ann Otani*

Thomas M. Otake (HI SBN 007622)
thomas@otakelaw.com
Thomas M. Otake AAL, ALC
851 Fort Street Mall, Suite 400
Honolulu, HI 96813
*Attorney for Defendant*
*Chad Michael McDonald*

Mark Mermelstein (CA SBN 208005)
mmermelstein@holmesathey.com
Andrew S. Cowan (CA SBN 165435)
acowan@holmesathey.com
Holmes, Athey, Cowan
& Mermelstein LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90017
Telephone: (213) 985-2200
*Attorneys for Defendant*
*Sheri Jean Tanaka*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>  Defendants. | Case No. CR-22-00048-JMS-WRP<br><br>**DEFENDANTS' JOINT MOTION IN LIMINE NO. 19 RE: MOTION FOR ORDER PROHIBITTING UNTIMELY DISCLOSED WITNESSES; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Timothy M. Burgess<br>Trial Date: March 12, 2024 |

# DEFENDANTS' JOINT MOTION IN LIMINE NO. 19 RE: MOTION FOR ORDER PROHIBITTING UNTIMELY DISCLOSED WITNESSES

Defendants Keith Mitsuyoshi Kaneshiro, Dennis Kuniyuki Mitsunaga, Terri Ann Otani, Aaron Shunichi Fujii, Chad Michael McDonald and Sheri Jean Tanaka ("Defendants") hereby move *in limine* for an Order prohibiting the testimony of any witnesses not timely noticed absent a showing of good cause by the Government. This motion is brought pursuant to CrimLR16(c)(2)(D), (g)(1), and (h); CrimLR11.1; and the Sixth and Fourteenth Amendments to the United States Constitution.

Defendants have conferred with the Government. After conferral with the Government, this motion only applies to only two of the five witnesses who were not timely noticed: (1) 3. Shannon Alivado; and (2) 8. Armina Ching.

## I.   SUMMARY OF MOTION *IN LIMINE*

Per Court Order, parties were to exchange witness lists on or before March 6, 2024 [Dkt. No. 499]. Pursuant to the Court Order, the Government submitted a witness list containing 77 names of proposed witnesses. On March 19, 2024, the Government filed an Amended Witness List that added five new names that were not previously disclosed.

This issue was briefly brought to the Court's attention to which the Government made the representation that the new witnesses were being added due to unavailability of other witnesses. An example was Marcus Kawatachi from the

1

Hawaiʻi Civil Rights Commission. Mr. Kawatachi would be replacing a timely noticed witness who served in the same capacity, William Hishijo.

Defense counsel conferred with the Government in attempts to find out which timely noticed witnesses the new witnesses would be replacing. On March 24, 2024, the Government initially informed defense counsel that only one of the new witnesses was for the reason as stated to the Court on March 20, 2024, and that two others were court reporters. The reason for the untimely notice for the other two witnesses was not provided on this date. Following subsequent conferral with the Government on March 25, 2024, this motion only applies to two of the five untimely noticed witnesses.

Absent a showing of good cause as to why the Government did not follow the Court's scheduling order pursuant to CrimLR11(c)(2(D), (h), the Court should not permit these two untimely witnesses to be called to testify for the Government.

## II.   FACTS

1. On January 8, 2024, a scheduling order was issued by this Court. This January scheduling order required each party to file a list of witnesses by February 20, 2024. [Dkt. No. 328]

2. On February 27, 2024, after a continuation of the trial date, the Court extended the deadline for list of witnesses to March 6, 2024. [Dkt. No. 463]

2

3. On March 6, 2024, the Government filed a witness list containing 77 names. [Dkt. No. 499]

4. On March 19, 2024, the Government filed an amended witness list adding five new witnesses. [Dkt. No. 550]

5. The untimely noticed witnesses are:

    a. 3.  Shannon Alivado

    b. 8.  Armina Ching

    c. 9.  Gloria Bediamol

    d. 23. Adrianne Ho

    e. 30. Marcus Kawatachi

6. On March 20, 2024, in open Court, an attorney for defendants inquired as to this new witness list. The Government made an oral representation to the Court that the amendments to the witness list were based upon scheduling, that some witnesses were not available, and that changes were made in an endeavor to keep the path moving. The Government further represented that they had to change and add certain witnesses because others weren't available.

7. Defense counsel has reached out to the Government to inquire as to which timely noticed witnesses the new witnesses will replace, and why the timely noticed witnesses are not available (if they know).

3

8. The Government's initial position on March 24, 2024 as to the amended witness list was that only one of five the witnesses added was due to unavailability of a timely noticed witness (Marcus Kawatachi replacing William Hishijo).

9. The Government also informed Defense counsel on March 24, 2024 that two of the witnesses were court reporters.

10. The question has to why timely notice for witnesses still remains unanswered as to two of the witnesses: (1) 3. Shannon Alivado; and (2) 8. Armina Ching.

11. With respect to Shannon Alivado, it is not known why: (1) the timely noticed witness is no longer available; (2) when the Government learned of the need for this change; (3) why the Government did not know of this information in time to abide by the Court's scheduling order.

12. With respect to Armina Ching, the Government informed defense counsel that they noticed her at the time they did because they had only spoke to her recently. This leaves open the questions: (1) why didn't the Government speak with this witness in a timely manner to meet their scheduling order deadline; (2) what attempts were made by the Government to comply with the Court's scheduling order; and (3) why the Government did not disclose this as a reason for the amended witness list when questioned about this issue on March 20, 2024 in open Court.

4

## III.   DISCUSSION

Local Rule 16(c)(2)(D) and (h) permit a District Court to set a scheduling order for matters such as disclosure of a list of witnesses.  *See* CrimLR16(c)(2)(D), (h).  Local Rule 16(g)(1) permits the Court authority to sanction a party for failure to follow this rule.[1]

Generally, a District Court has broad discretion as to how it handles discovery violations.  "A federal court has at its disposal an array of means to enforce its orders."  *Degen v. United States*, 517 U.S. 820, 827 (1996).  Criminal Local Rule 16 expressly grants sanction discretion to a District Court Judge for violations of orders relating to disclosure of list of witnesses.  Among the remedies available to the Court is to prohibit the violating party from presenting the evidence that was not timely disclosed.

In this case, the Court ordered an exchange of witness lists by March 6, 2024.  On March 19, 2024, the Government added five new witnesses.  The reason provided to the Court was unavailability of certain witnesses, and the need to replace them.

Defense counsel has conferred with the Government and has no objection to three of the five untimely witnesses:  (1) 9.  Gloria Bediamol (court reporter);  (2)

---

[1]   "If at any time during the course of the proceedings it is brought to the attention of the court that a party has failed to comply with this rule, the court may order such party to permit the discovery or inspection, grant a continuance, prohibit the party from introducing evidence not disclosed, or may enter such order as it deems just under the circumstances."  CrimLR16(g)(1)

23. Adrianne Ho (court reporter); and (3) 30. Marcus Kawatachi (Hawai'i Civil Rights Commission replacement for William Hishijo).

Defense counsel is still in the dark as to why Shannon Alivado is needed as a replacement witness for Rudy Alivado. This includes the reason for Mr. Alivado's absence and when the Government became aware of this issue.

With respect to Armina Ching, the failure of the Government to conduct their diligence and speak to a witness in a timely manner does not appear on its face to be sufficient justification for violation of the Court's scheduling order. Absent more information as to why this witness was not interviewed in a timely fashion, this witness should be prohibited from testifying at trial.

It is requested that the two untimely noticed witness subject to this motion be prohibited from testifying absent a showing of good cause as to: (1) why the Government did not provide these witnesses on the date ordered; (2) why the Government could not provide all of these witnesses on the date ordered; and (3) why the Government failed to provide the complete reason for the untimely disclosure of witnesses at hearing on March 20, 2024 for Armina Ching.

## IV.   CONCLUSION

Defendants request that any untimely noticed witness be prohibited from testifying absent a showing of good cause on the part of the Government as to why they were not able to notice such witness in accordance with the Court's February 27, 2024 scheduling order.

                                                                       Respectfully submitted,

DATED:  March 25, 2024                    SCHLUETER KWIAT & KENNEDY LLLP

                                                                       By:   */s/ Andrew M. Kennedy*
                                                                              ANDREW M. KENNEDY
                                                       *Attorney for Defendant*
                                                       *Aaron Shunichi Fujii*

BERVAR & JONES                                  KAPLAN MARINO, PC

By:   */s/ Birney B. Bervar*                By:   */s/ Nina Marino*
      BIRNEY B. BERVAR                      NINA MARINO
      *Attorney for Defendant*                  *Attorney for Defendant*
      *Keith Mitsuyoshi Kaneshiro*           *Dennis Kuniyuki Mitsunaga*

LAW OFFICE OF DORIS LUM, LLLC    HOLMES, ATHEY,
                                            COWAN & MERMELSTEIN LLP

By:   */s/ Doris Lum*
      DORIS LUM                                 By:   */s/ Mark Mermelstein*
      *Attorney for Defendant*                  MARK MERMELSTEIN
      *Terri Ann Otani*                            *Attorneys for Defendant*
                                            *Sheri Jean Tanaka*

THOMAS M. OTAKE AAL, ALC

By:   */s/ Thomas M. Otake*
      THOMAS M. OTAKE
      *Attorney for Defendant*
      *Chad Michael McDonald*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel at their last known addresses by the CM/ECF system on the date indicated below.

| | |
|---|---|
| MICHAEL G. WHEAT, ESQ.<br>JOSEPH J.M. ORABONA, ESQ.<br>JANAKI G. CHOPRA, ESQ.<br>COLIN M. MCDONALD, ESQ.<br>ANDREW Y. CHIANG, ESQ.<br>United States Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, California 92101<br>E-MAIl:<br>　　joseph.orabona@usdoj.gov<br>　　Janaki.Chopra@usdoj.gov<br>　　Colin.McDonald@usdoj.gov<br>　　Andrew.Chiang@usdoj.gov | *Attorneys for the United States of America* |

DATED:  March 25, 2024               Respectfully submitted,

　　　　　　　　　　　　　　　　　Schlueter, Kwiat & Kennedy LLLP


　　　　　　　　　　　　　　　　　By:  */s/ Andrew M. Kennedy*
　　　　　　　　　　　　　　　　　　　ANDREW M. KENNEDY
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　Aaron Shunichi Fujii