Mark Mermelstein (CA SBN 208005)
Andrew S. Cowan (CA SBN 165435)
HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California  90017
Telephone:   (213) 985-2200
Fax:              (213) 973-6282
Email:          mmermelstein@holmesathey.com
                     acowan@holmesathey.com

*Attorneys for Defendant Sheri Jean Tanaka*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>Defendants. | Case No. CR-22-00048-TMB-NC<br><br>**DEFENDANT SHERI J. TANAKA'S RESPONSE TO GOVERNMENT'S EMERGENCY MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER [ECF 662]; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Timothy M. Burgess |

**DEFENDANT SHERI J. TANAKA'S RESPONSE TO
GOVERNMENT'S EMERGENCY MOTION FOR
ENFORCEMENT OF PROTECTIVE ORDER [ECF 662]**

Defendant Sheri J. Tanaka hereby responds to the Government's Emergency

Motion for Enforcement of Protective Order as follows:

Neither Ms. Tanaka nor her counsel were involved in any of the alleged violations

of the protective order that the government identified in its Motion.

DATED:  April 15, 2024            Respectfully submitted,

                                  HOLMES, ATHEY,
                                  COWAN & MERMELSTEIN LLP


                                  By:   */s/ Mark Mermelstein*
                                        MARK MERMELSTEIN

                                        *Attorneys for Defendant*
                                        *Sheri Jean Tanaka*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was

served on the following counsel at their last known addresses by the CM/ECF system

on the date indicated below:

MICHAEL G. WHEAT, ESQ.                    ***Attorneys for the United States of***
JOSEPH J.M. ORABONA, ESQ.                 ***America***
JANAKI G. CHOPRA, ESQ.
COLIN M. MCDONALD, ESQ.
ANDREW Y. CHIANG, ESQ.
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101
E-mail: michael.wheat@usdoj.gov
        joseph.orabona@usdoj.gov
        Janaki.Chopra@usdoj.gov
        Colin.McDonald@usdoj.gov
        Andrew.Chiang@usdoj.gov


CRYSTAL G. K. GLENDON                     ***Attorney for Defendant Sheri Jean***
Glendon & Ponce, LLLC                     ***Tanaka***
1001 Bishop St., Suite 710
Honolulu, Hawaii 96813
E-mail: crystal@glendonponce.com


BIRNEY B. BERVAR, ESQ.                    ***Attorney for Defendant Keith***
Bervar & Jones                            ***Mitsuyoshi Kaneshiro***
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
E-mail: bbb@bervar-jones.com


NINA MARINO                               ***Attorneys for Defendant Dennis***
JENNIFER LIESER                           ***Kuniyuki Mitsunaga***
Kaplan Marino, PC
1546 N. Fairfax Avenue
Los Angeles, CA 90046
E-mail: marino@kaplanmarino.com
        lieser@kaplanmarino.com

JOHN M. SCHUM, ESQ.
Law Office of John Schum
P.O. Box 1241
Honolulu, Hawaii 96807
E-mail: John@JohnSchum.com

*Attorneys for Defendant Dennis Kuniyuki Mitsunaga*

DORIS LUM, ESQ.
Law Office of Doris Lum, LLLC
1001 Bishop Street, Suite 710
Honolulu, Hawaii 96813
E-mail: doris@dorislumlaw.com

*Attorney for Defendant Terri Ann Otani*

ANDREW M. KENNEDY, ESQ.
Schlueter Kwiat & Kennedy LLLP
Atrium Court
75-167 Kalani St, Ste. 201
Kailua Kona, HI 96740
E-mail: Andrew@kona-lawyer.com

*Attorney for Defendant Aaron Shunichi Fujii*

THOMAS M. OTAKE, ESQ.
Thomas M. Otake AAL, ALC
851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813
E-mail: thomas@otakelaw.com

*Attorney for Defendant Chad Michael McDonald*

DATED: April 15, 2024

Respectfully submitted,

HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP

By: */s/ Mark Mermelstein*
    MARK MERMELSTEIN

Attorneys for Defendant
Sheri Jean Tanaka

2