THOMAS M. OTAKE, AAL, ALC
841 Bishop Street Suite 2100
Honolulu, HI 96813
thomas@otakelaw.com
Attorney for Defendant
Chad McDonald

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>Defendants. | Case No. CR-22-00048-JMS-WRP<br><br>**DEFENDANT CHAD MCDONALDS'S RESPONSE TO GOVERNMENT'S EMERGENCY MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER [Dkt. No. 662]; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Timothy M. Burgess<br>Trial Date: March 12, 2024 |

# DEFENDANT CHAD MCDONALD'S RESPONSE TO GOVERNMENT'S EMERGENCY MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER [Dkt. No. 662]

Defendant Chad McDonald hereby responds to the GOVERNMENT'S EMERGENCY MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER [Dkt. No. 662] as follows:

Neither Defendant McDonald nor his Counsel were involved in any alleged violations of the protective order as raised by the Government in its Emergency Motion. Therefore, Defendant McDonald requests that any sanction this Court decides to impose on any responsible party as a result of the Government's Emergency Motion be crafted in such a way that it does not interfere with or affect his right to a fair trial, does not prejudice him before the jury in any way, and does not cause a delay in the trial that could lead to losing jurors who have been given a specific anticipated end date for their service.

DATED: April 15, 2024

Respectfully submitted,

THOMAS M. OTAKE

By: __/s/ THOMAS M. OTAKE__
    THOMAS M. OTAKE
*Attorney for Defendant*
*Chad Mcdonald*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel at their last known addresses by the CM/ECF system on the date indicated below

MICHAEL G. WHEAT, ESQ.  
JOSEPH J.M. ORABONA, ESQ.  
JANAKI G. CHOPRA, ESQ.  
COLIN M. MCDONALD, ESQ.  
ANDREW Y. CHIANG, ESQ.  
United States Attorney's Office  
880 Front Street, Room 6293  
San Diego, California 92101  
E-MAIl:  
joseph.orabona@usdoj.gov  
Janaki.Chopra@usdoj.gov  
Colin.McDonald@usdoj.gov  
Andrew.Chiang@usdoj.gov  

*Attorneys for the United States of America*

Respectfully submitted,

DATED:  April 15, 2024

THOMAS M. OTAKE

By: ___/s/ THOMAS M. OTAKE___  
　　　　THOMAS M. OTAKE  
*Attorney for Defendant*  
*Chad Mcdonald*

2