Andrew M. Kennedy (HI SBN 009734)
Andrew@kona-lawyer.com
Schlueter Kwiat & Kennedy LLLP
Atrium Court
75-167 Kalani St, Ste. 201
Kailua Kona, HI 96740
*Attorney for Defendant*
*Aaron Shunichi Fujii*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>　　　　Defendants. | Case No. CR-22-00048-TMB-NC<br><br>**DEFENDANT AARON FUJII'S RESPONSE TO GOVERNMENT'S EMERGENCY MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER [Dkt. No. 662]; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Timothy M. Burgess<br>Trial Date: March 12, 2024 |

**DEFENDANT AARON FUJII'S RESPONSE TO GOVERNMENT'S EMERGENCY MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER [Dkt. No. 662]**

Defendant Aaron Shunichi Fujii hereby responds to GOVERNMENT'S EMERGENCY MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER [Dkt. No. 662] as follows:

Neither Defendant Fujii nor defense counsel were involved in any violations of the protective order as raised by the Government. Defendant Fujii requests that any sanction this Court decides to impose on any parties as a result of the Government's Motion be crafted in such a way that does not interfere with or affect his right to a fair trial, does not prejudice him in front of the jury, nor cause delay in the conclusion of trial.

DATED: April 15, 2024

Respectfully submitted,

SCHLUETER KWIAT & KENNEDY LLLP

By: */s/ Andrew M. Kennedy*
    ANDREW M. KENNEDY
*Attorney for Defendant*
*Aaron Shunichi Fujii*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel at their last known addresses by the CM/ECF system on the date indicated below

MICHAEL G. WHEAT, ESQ.　　　*Attorneys for the United States of*
JOSEPH J.M. ORABONA, ESQ.　　*America*
JANAKI G. CHOPRA, ESQ.
COLIN M. MCDONALD, ESQ.
ANDREW Y. CHIANG, ESQ.
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101
E-MAIl:
　　joseph.orabona@usdoj.gov
　　Janaki.Chopra@usdoj.gov
　　Colin.McDonald@usdoj.gov
　　Andrew.Chiang@usdoj.gov


DATED:  April 15, 2024　　　Respectfully submitted,

　　　　　　　　　　　　　　Schlueter, Kwiat & Kennedy LLLP


　　　　　　　　　　　　　　By:   */s/ Andrew M. Kennedy*
　　　　　　　　　　　　　　　　ANDREW M. KENNEDY
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　Aaron Shunichi Fujii