MERRICK B. GARLAND
Attorney General
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW Y. CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
Colin.McDonald@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>                     Defendants. | CR No. 22-00048-TMB-NC<br><br>UNITED STATES' MOTION TO FILE UNREDACTED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY UNDER SEAL |

Defendants have filed a motion to compel discovery in this case. ECF No. 669. The United States' response brief necessarily includes reference to the grand jury investigation of this matter. Accordingly, given the response brief describes matters occurring before the grand jury, the United States moves to file its unredacted brief under seal pursuant to Fed. R. Crim. P. 6(e). The United States

submits that maintaining the unredacted brief under seal given recent developments in this case is an independent basis for maintaining the secrecy of the proposed redacted material. The United States has filed a redacted version of its brief in the public docket at ECF No. 681.

Dated: April 16, 2024                          Respectfully submitted,

                                                          MERRICK B. GARLAND
                                                          Attorney General

                                                          */s/ Colin M. McDonald*
                                                          MICHAEL G. WHEAT
                                                          JOSEPH J.M. ORABONA
                                                          JANAKI G. CHOPRA
                                                          COLIN M. MCDONALD
                                                          ANDREW Y. CHIANG
                                                          Special Attorneys of the United States

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>　　　　Defendants. | CR No. 22-00048-TMB-NC<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

　　I, Colin M. McDonald, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893. I am not a party to the above-entitled action.  I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on April 16, 2024　　　　*/s/ Colin M. McDonald*
　　　　　　　　　　　　　　　　　　　　COLIN M. MCDONALD