Mark Mermelstein (CA SBN 208005)
Andrew S. Cowan (CA SBN 165435)
HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Telephone: (213) 985-2200
Fax: (213) 973-6282
Email: mmermelstein@holmesathey.com
acowan@holmesathey.com

*Attorneys for Defendant Sheri Jean Tanaka*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>Defendants. | Case No. CR-22-00048-TMB-NC<br><br>**DEFENDANT SHERI J. TANAKA'S RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER (AMENDED) [ECF 693]; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Timothy M. Burgess |

Defendant Sheri J. Tanaka hereby responds to the government's Motion for an amended Protective Order [ECF 693] as follows:

For over 18 months, Ms. Tanaka and her counsel have abided by the terms of the original Protective Order and the government has not alleged otherwise. Ms. Tanaka therefore objects to paragraphs 4 and 9 of the proposed amended Protective Order, to the extent that these provisions would prohibit her from possessing or reviewing (1) discovery materials and (2) grand jury materials except in the presence of counsel.

Ms. Tanaka has taken an active role in reviewing the evidence in this case, particularly the new discovery that the government continues to produce on a frequent basis during trial. For this reason, she may be situated differently from other defendants who do not personally review the discovery—and for whom the proposed amended language would have little if any practical effect.

The discovery in this case is extremely voluminous, as are the grand jury transcripts. Prohibiting Ms. Tanaka from reviewing these materials except in the presence of counsel would unfairly restrict her ability to assist in her own defense, and would place an unreasonable burden on defense resources, because counsel would need to devote time to sit with Ms. Tanaka while she reviews discovery. This is simply untenable during trial, given that counsel is in the courtroom all day and preparing for

witness examination and responding to motions in the evenings and early mornings.

Furthermore, Ms. Tanaka frequently reviews materials late at night and early in the morning, during which time nobody is available to sit with her.  As a practical matter, the proposed language would therefore severely restrict the number of hours that Ms. Tanaka has to review materials, severely curtailing her ability to participate in her own defense.

In certain cases, it may be appropriate for discovery materials to be attorneys eyes-only.  Some cases involve evidence that is contraband (as in child pornography cases) while others involve evidence in which disclosure could subject a person to danger (*e.g.* wiretaps in drug trafficking cases).  This case does not involve these sorts of evidence.

In short, Ms. Tanaka has abided by the existing Protective Order, has done nothing improper with the discovery, and should not be prohibited from possessing the discovery or grand jury materials.  There is no compelling reason to strip Ms. Tanaka of her ability to review these materials in depth and thereby assist in her own defense.  Any modifications to the existing Protective Order should therefore be tailored to preserve Ms. Tanaka's unrestricted access to discovery.  Collective punishment is not warranted.

DATED:  April 22, 2024                    Respectfully submitted,

                                            HOLMES, ATHEY,
                                            COWAN & MERMELSTEIN LLP

                                            By:   /s/ Mark Mermelstein
                                                 MARK MERMELSTEIN

                                            *Attorneys for Defendant*
                                            *Sheri Jean Tanaka*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel at their last known addresses by the CM/ECF system on the date indicated below:

| | |
|---|---|
| MICHAEL G. WHEAT, ESQ.<br>JOSEPH J.M. ORABONA, ESQ.<br>JANAKI G. CHOPRA, ESQ.<br>COLIN M. MCDONALD, ESQ.<br>ANDREW Y. CHIANG, ESQ.<br>United States Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, California 92101<br>E-mail: michael.wheat@usdoj.gov<br>          joseph.orabona@usdoj.gov<br>          Janaki.Chopra@usdoj.gov<br>          Colin.McDonald@usdoj.gov<br>          Andrew.Chiang@usdoj.gov | *Attorneys for the United States of America* |
| CRYSTAL G. K. GLENDON<br>Glendon & Ponce, LLLC<br>1001 Bishop St., Suite 710<br>Honolulu, Hawaii 96813<br>E-mail: crystal@glendonponce.com | *Attorney for Defendant Sheri Jean Tanaka* |
| BIRNEY B. BERVAR, ESQ.<br>Bervar & Jones<br>1100 Alakea Street, 20th Floor<br>Honolulu, Hawaii 96813<br>E-mail: bbb@bervar-jones.com | *Attorney for Defendant Keith Mitsuyoshi Kaneshiro* |
| NINA MARINO<br>JENNIFER LIESER<br>Kaplan Marino, PC<br>1546 N. Fairfax Avenue<br>Los Angeles, CA 90046<br>E-mail: marino@kaplanmarino.com<br>          lieser@kaplanmarino.com | *Attorneys for Defendant Dennis Kuniyuki Mitsunaga* |

1

| | |
|---|---|
| JOHN M. SCHUM, ESQ.<br>Law Office of John Schum<br>P.O. Box 1241<br>Honolulu, Hawaii 96807<br>E-mail: John@JohnSchum.com | ***Attorneys for Defendant Dennis Kuniyuki Mitsunaga*** |
| DORIS LUM, ESQ.<br>Law Office of Doris Lum, LLLC<br>1001 Bishop Street, Suite 710<br>Honolulu, Hawaii 96813<br>E-mail: doris@dorislumlaw.com | ***Attorney for Defendant Terri Ann Otani*** |
| ANDREW M. KENNEDY, ESQ.<br>Schlueter Kwiat & Kennedy LLLP<br>Atrium Court<br>75-167 Kalani St, Ste. 201<br>Kailua Kona, HI 96740<br>E-mail: Andrew@kona-lawyer.com | ***Attorney for Defendant Aaron Shunichi Fujii*** |
| THOMAS M. OTAKE, ESQ.<br>Thomas M. Otake AAL, ALC<br>851 Fort Street Mall, Suite 400<br>Honolulu, Hawaii 96813<br>E-mail: thomas@otakelaw.com | ***Attorney for Defendant Chad Michael McDonald*** |

DATED: April 22, 2024

Respectfully submitted,

HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP

By: ___*/s/ Mark Mermelstein*___
     MARK MERMELSTEIN

Attorneys for Defendant
Sheri Jean Tanaka